# EXHIBIT "A"

3/2/08



I, Deborah Griggs will attest to the actions done to me and to my father, Glenn E. Griggs, by Carol Kimberly, her lawyer, Edward Gerstein, the lawyer Richard Bicki and others at Griggs and Brown Company.

I had sole Power of Attorney for my father as were his wishes before he started to become severely impaired mentally.This POA was changed to include a Griggs and Brown employee, David Heal, AFTER my sisters filed a petition for guardianship of my father.
My father was indeed being influenced unduly by Ms. Kimberly at this time. She arranged a "secret" marriage to him. After twentynine days she moved him out of her house. She managed both his company and his life before and after this time period.

She has manipulated and used my father and his dementia to serve her own purposes. It was she,not my father, who called Gerstein into the case. My father had nothing to say about what was being done to him as he was not capable of making decisions, calling lawyers, nor understanding fully what was happening. Carol was there constantly telling him how evil his family was and all they wanted was his money. She was in constant contact with Gerstein.

When my father was taken by rescue to Kent Hospital in 2002 Carol told me she was taking him home in spite of the fact that I had POA and he was to be released to my care. Gerstein had her take my father home for fear the family would gain access to him again. It was then that my father had to go back into the hospital.

Under Carol's orders I was told to care for my father in my home therefore preventing my sisters from seeing him and visiting with him. Carol was in complete control of his company and his assets.
When Carol realized I was allowing my sisters and our mothers to visit with my father in 2003 she had my father removed from my home without my knowledge or consent.

We did not know where my father had been taken for several days. I went to the state police the day after his abduction to ask for help. They told me it was a civil matter. I called Bicki and told him at this time I wanted my father returned to me. I also told him I wanted Carol nowhere near my father but fired. Mr. Bicki did not do one thing to serve me, his so called

client. My father had been placed in a home for independent living and because of his mental condition, they would not keep him there. Carol had called a nursing group to have someone care for him there until she could find a "safe" place for him meaning that his family couldn't have access to him. While he was there she did manage to take him to the bank to change the mortgage on "their home" which she also managed to get her name on with no family member's knowledge.

Before he was taken to the hospital in 2002 when she learned that family members were visiting and calling my father she had a tall stockade fence erected and made his phone number unlisted. When still family managed to get through the gate, she had an electric lock put on it and warning signs on the fence.

I have seen her numerous times say to my father in repetition such things as "Lauren (my sister) is bad. Lauren is bad. All she wants is your money. All she wants is your money". "Don't you want Nancy and Pat (his ex-wives) to die? He would say , "No."

She would have him practicing his signature over and over. She was having him sign all his own checks, etc. to keep the myth that he was still in charge and on top of his affairs when in fact he was becoming more and more confused and even incontinent.

They were so intent on keeping up the appearance that he was normal, they bought him a new car in 2002. It arrived while he was in the hospital at the time the doctors there couldn't even believe he was living alone let alone driving a car.
She would come to my home and take my father out without asking me. He would be returned very upset and disgruntled. I objected to this but to no avail as she just had no consideration for either me or my father.

After she had my father taken out of the nursing home she had him taken back to "their home". She and her boyfriend, Don, took turns guarding him night and day to make sure none of the family could gain access to him.

Throughout this entire time my father was incapable of using the phone, neither being able to dial a number or speak.

All the while my sisters were saying my father was incompetent,Carol, her lawyers, my brother (obeying orders from them) were keeping him locked away telling the courts and everyone else that he was fine while they were using him to "run his business" and control his assets. It was only when my sisters brought him to Pat's house and the truth would come out did they have an ex parte hearing with the judge and claimed that he had been abducted by his own family.

My father, who loved his daughters and his ex-wives, and who had made me sole Power of Attorney while he still had his mental faculties, is being held captive by an evil, treacherous woman and those lawyers helping her to her evil ends.

I am begging the court to hear my statements and to examine what kind of a fraud has been perpetrated against my father and our family. I was the person that my father had chosen to have POA when he was capable of deciding. David Heal was added on after my sisters had filed for guardianship as a way of Carol to control and manipulate through him.

Dad owned a condo in St. Martin which he rented out through Leslie's Villas. Dad had told me he wished me to have this condominium and put the condo in both our names. Leslie called me and said she had received a phone call from Mr. Griggs, my father, wanting to sell the condominium. Leslie wanted me to know this because she knew that my father could not speak, therefore someone must have been impersonating him. I then called Carol. Carol told me that she had Matt Tierney call St. Martin impersonating my father. Carol said she did this because Dad needed the money which is obviously a complete lie.

I tried to use my POA many times but my lawyer, Bicki, and Dad's "lawyer" Gerstein would never act on my nor his behalf. When I brought my father to Bicki's office, Gerstein would not even talk in front of Dad.