UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and C. Monica Griggs

Plaintiffs

VS. C.A. 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does l
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Plaintiffs hereby move for preliminary injunctive relief pursuant to Rule 65 of the Federal Rules of Civil Procedure, directing that defendants individually, in their capacity as Trustees of any Trust or portion of the Estate of the late Glenn E. Griggs, and in their capacity as officers, agents, servants, employees, attorneys, successors and/or assigns of the named corporate defendants preliminarily enjoined and restrained of and from, until further order of the Court:

1. Continuing to unlawfully use the income and assets of Glenn's estate, the Trust, real estate taken from him by undue influence and from any and all of the Griggs & Browne companies.;

2. Continuing to use and enjoy the benefit of any assets and income or property that has been unjustly and fraudulently acquired by them and/or using Glenn's assets, Trust assets and/or the assets of any or all of the Griggs & Browne companies to pay their expenses, costs and/or legal fees in this litigation;

3. That defendants and any other person(s) acting at their direction or on their behalf be restrained and enjoined from destroying and/or disposing of any and all evidence of their financial and corporate transactions that involved the acquisition of any property, real or personal, belonging to or through the use of Glenn's assets, Trust assets, and/or the assets of any or all of the Griggs & Browne companies;

4. That defendants and any other person(s) acting at their direction or on their behalf be restrained and enjoined from destroying or disposing of any and all evidence of Glenn's health records, mental status evaluations, decision-making ability assessments, or other personal records;

5. That defendants be restrained and enjoined from disposing of, alienating, selling, secreting, hypothecating, wasting, or transferring assets or real or personal property received or derived from Glenn, his estate, the Trust and/or any or all of the Griggs & Browne companies, whether allegedly belonging to them personally, held by or in a business entity, in trust, in offshore accounts, or any other manner;

6. That the individual Defendants be restrained and enjoined from attempting to offer the so-called Last Will and Testament of Glenn Griggs or any such testamentary instrument for Probate or for any other purpose in any state court;

7. That the individual Defendants be ordered to cause all health records for or pertaining to Glenn (including all so-called "DMAT" evaluations) to be provided plaintiffs forthwith;

8. That in the event that any checks or notes of any type have been issued by the Trust today or two days before or up to the time of hearing on this request, defendants be instructed to recall and/or cause "stop payment" to be made as to each and every such instrument;

In support of this request, plaintiffs attach the Affidavit of Nancy Griggs, dated June 21, 2008, incorporate their verified Complaint herein by reference and also offer an accompanying Memorandum of Law.

It is represented to the Court in support of this Motion that the undersigned, counsel for plaintiffs, has given notice of this application to those persons described in the certification below.

Respectfully submitted,
Plaintiffs
By their attorney,

John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
(401) 272-2800
Fax: (401) 272-2811

DATED: June 26, 2008

**CERTIFICATION**

Copy to the following persons or entities or their legal counsel (if known) on the day and date below:

Griggs & Browne Termite Control Co., Inc.
c/o A/F/S Craig M. Scott, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

Edward Brayton
777 Cowesett Rd.
Warwick, RI 02886

David Heal
35 East Waterview Drive
Smithfield, RI 02917

Dan A. Griggs
155 Tenth Street
Providence, RI 02906

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837

Richard Bicki
56 Pine Street
Providence, RI 02906

Griggs & Browne Co., Inc.
c/o A/F/S Craig M. Scott, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

Deborah Griggs
207 Robin Hollow Road
West Greenwich, RI 02817

Griggs & Browne Home Inspection Service, Inc.
c/o A/F/S Craig M. Scott, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

Griggs & Browne Services, Inc.
c/o A/F/S Craig N. Scott, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

Carol Rita Kimberly Griggs
77 Summit Drive
Cranston, RI 02920

Date: June 26, 2008

____John B. Reilly______________