# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and Courtney Monica Griggs

Plaintiffs

VS. C.A.

Carol Rita Kimberly Griggs, Alias; et al

Defendants

**AFFIDAVIT OF NANCY GRIGGS**

Nancy Griggs, being duly sworn upon my oath, hereby depose and say as follows:

1. I am the mother of Christine Peabody , Michael Griggs and Deborah Griggs, a former spouse of the late Glenn Griggs, and have personal knowledge of the matters and facts contained in this affidavit.

2. At about 8:15 p.m. on the evening of Friday, June 13, 2008, I received a telephone call from my daughter, Deborah, in which Deborah (in a hushed voice) told me that Glenn Griggs' Trust would be dispersed on Friday, June 27, 2008 (six months after his death).

3. During this call, Deborah said that I would be receiving some money due to insurance policies that had been taken out by Glenn Griggs in his name with me as beneficiary.

4. Deborah requested that I not tell anyone about these plans concerning the Trust and the information she was giving me during the call.

Nancy Griggs
Nancy Griggs

Subscribed and sworn before me at PROVIDENCE, Rhode Island, this 21st day of June, 2008, by the above named Nancy Griggs to me known and known to me to be the person signing this affidavit and Nancy Griggs affirmed that this was being signed of her own free will.

Notary Public