UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael
Griggs; Lauren Griggs; and C.
Monica Griggs

Plaintiffs

VS. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does 1
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**ENTRY OF APPEARANCE**

Michael J. Lepizzera, Jr. hereby enters his limited appearance for the purposes of the Motion for Temporary Restraining Order on behalf of Defendant, David Heal, individually and in his capacity as purported Trustee of the Irrevocable Trust Estate of the late Glenn E. Griggs, in the above-captioned matter.

Respectfully submitted,
David Heal, individually and in his capacity as the
Trustee of Glenn E. Griggs Trust.,
By and through his attorney,

/s/ Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr. #4995
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: mlepizzera@leplap.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2008 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF System and has been served by first class mail, postage prepaid to counsel of record.

/s/ Christian C. Potter