UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael
Griggs; Lauren Griggs; and C.
Monica Griggs

Plaintiffs

VS. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does 1
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**DEFENDANTS EDWARD L. GERSTEIN'S, RICHARD C. BICKI'S AND DAVID HEAL'S OPPOSITION TO PLAINTIFFS' REVISED EX PARTE EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

Defendants Edward L. Gerstein, Richard C. Bicki, and David Heal, hereby object to the Plaintiff's Revised Emergency Motion For Temporary Restraining Order and Preliminary Injunctive Relief.

In support hereof, Defendants rely upon the Affidavit of David Heal attached hereto and the Memorandum of Law with Exhibits submitted herewith.

Respectfully submitted,
Edward L. Gerstein and
Richard C. Bicki,
By Their Attorney,

*/s/ Anthony M. Traini*
Anthony M. Traini (#4793)
56 Pine Street – Suite 200
Providence, RI 02903-2819
Tel. (401) 621-4700
Fax (401) 621-5888
E-mail:amt@atrainilaw.com

David Heal, individually and in his capacity as the Trustee of Glenn E. Griggs Trust,
By and through his attorneys,

*/s/ Michael J. Lepizzera*
Lepizzera & Laprocina Counsellors at Law, Ltd.
Michael J. Lepizzera, Jr. #4995
Christian C. Potter #5359
301 Metro Center Blvd. Suite 102
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: mlepizzera@leplap.com
cpotter@leplap.com

CERTIFICATE OF SERVICE

A copy of this pleading has been served via the ECF system upon Plaintiff's counsel.

*/s/ Anthony M. Traini*
Anthony M. Traini