UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael
Griggs; Lauren Griggs; and C.
Monica Griggs

Plaintiffs

VS. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does 1
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**AFFIDAVIT OF DAVID HEAL**

I, David Heal duly sworn and under oath hereby deposes and says:

1. I am the Trustee of the Glenn E. Griggs Trust, dated July 28, 1999, as amended, and a named defendant in the above-entitled action.

2. I have reviewed the Affidavit of Nancy Griggs dated June 21, 2008 which was submitted in conjunction with the Plaintiffs' Revised, Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief.

3. There are and were no plans or intent to disperse the Glenn E. Griggs Trust on June 27, 2008. Notwithstanding, I am the Trustee and I am required to

continue to administer the Trust in accordance with its terms.

4. In my capacity as Trustee of the Glenn Griggs Trust I have no authority over life insurance policies referred to in the affidavit of Nancy Griggs.

Signed under the pains and penalties of perjury this 30th day of June 2008.

David Heal

Subscribed and sworn before me at Providence, Rhode Island, this 30th day of June, 2008, by the above named David Heal to me known to be the person signing this affidavit and David Heal affirmed that this was being signed of his own free will.

Notary Public My Commission Expires March 12, 2010