STATE OF RHODE ISLAND
KENT COUNTY

WARWICK PROBATE COURT
DOCKET No. 2003-249

IN RE: ESTATE OF GLENN E. GRIGGS

# ORDER

This matter came on for hearing on December 9, 2003, the Honorable John G. Earle presiding, upon Respondent's Motion to Adjudge in Contempt and For Other Relief and Motion to Compel And For Other Relief. The hearing was conducted in the presence of a stenographer at the private law offices of the Honorable John G. Earle in Warwick, Rhode Island. Upon hearing thereon and consideration thereof, and for the reasons set forth in the oral decision delivered at said December 9, 2003 hearing, it is hereby

## ORDERED, ADJUDGED AND DECREED:

1. The Motion to Adjudge In Contempt And For Other Relief is granted.

2. Christine Peabody and Lauren Griggs are hereby adjudged in contempt of the prior Orders of the Court, which Orders pertained to their appearance at their depositions, their assertions of attorney-client privilege and their compliance with subpoenae duces tecum.

3. As a sanction against Christine Peabody and Lauren Griggs for their contemptuous conduct, all of the documents responsive to the subpoena duces tecum shall be produced without redaction and regardless of whether they would otherwise have been privileged. There will be no further assertions of privilege with respect to those documents or any communications which deal exclusively with those documents. The Court declares that these privileges have been waived with respect to those documents for the reasons stated by the Court in the course of the December 9, 2003 hearing.

4. Transcripts of the deponents' depositions shall not be disseminated or disclosed by them, or their counsel, other than to their counsel of record and the particular deponent whose testimony is transcribed. If Christine Peabody or Lauren Griggs have not already disclosed or disseminated to the other deponents, or any other person, the transcript(s) of their deposition sessions conducted to date, they are prohibited from doing so.

5. The provisions of this Order concerning the sanction of the Court declaring privileges waived and ordering immediate compliance with the subpoena duces tecum are hereby stayed until and including January 9, 2004 to allow counsel for the deponents to seek an appeal of the within Order.

6. The Motion to Compel And For Other Relief is withdrawn without prejudice.

Entered as an Order of this Court this 24th day of December, 2003.

ENTER:

PER ORDER:

12-24-03

Certification

Copies of the above Order were transmitted via facsimile by the Court on December 23, 2003 to the following counsel:

| | |
|---|---|
| Edward Gerstein, Esq. | 635-1612 |
| Patrick Dougherty, Esq. | 273-4750 |
| Anthony Traini, Esq. | 621-5888 |
| Jeffrey Pine, Esq. | 351-9032 |
| Michael Lepizzera, Esq. | 943-6003 |
| Lauren Jones, Esq. | 274-2805 |