KENT SUPERIOR COURT
FILED
07 JUN 14 AM 10: 21
DAVID E. PERRY, CLERK

STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

Glenn E. Griggs, by and through his limited guardian, David Heal :
:
vs. : C.A. No. 06-615
:
Patricia Griggs :

# JUDGMENT

As a result of defendant's failure to comply, either in full or substantially, with the Court's Order of June 7, 2007, entered after hearing on May 29, 2007, judgment hereby enters against defendant and in favor of plaintiff on plaintiff's amended complaint, as follows:

1. Defendant shall, within 10 days, convey ownership of Minnesota Life Insurance Policy No. 15372700 [the life insurance policy] to plaintiff.

2. To effectuate the conveyance of ownership of the life insurance policy to plaintiff, defendant shall execute such document or documents as may be required by Minnesota Life Insurance Company to convey ownership of the life insurance policy from defendant to plaintiff.

3. Until such time as defendant has conveyed ownership of the life insurance policy to plaintiff, defendant is prohibited from alienating or transferring, by operation of law, contract, or otherwise, all or part of the insurance policy or any rights thereunder, including but not limited to the designation of a beneficiary.

4. Defendant shall execute such document or documents as may be required by Minnesota Life Insurance Company to permit the change the beneficiary under such policy from defendant or any other presently named beneficiary to such other beneficiary as plaintiff may choose, subject only to defendant's present right to remain a beneficiary of a portion of the proceeds of such policy, in accord with the provisions of the "Marital Settlement Agreement" that is

TRUE COPY ATTEST
DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

incorporated, but not merged, in the judgment in *Patricia Griggs v. Glenn Griggs*, Kent County Family Court docket no. 93-0343.

5. Defendant's counterclaim is dismissed with prejudice.

ENTER:

~~O. Rogeriee~~ Thompson

6-14-07

PER ORDER:

Krystal St Jacques
Deputy Clerk

**CERTIFICATION**

On June 12, 2007, a true copy of the foregoing was served on all counsel of record, listed below, by fax and mail.

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT