UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and C. Monica Griggs

Plaintiffs

VS. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does 1
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

NOTICE OF APPEARANCE

Anthony M. Traini hereby enters his appearance on behalf of Edward L. Gerstein and Richard C. Bicki in the above-entitled matter.

/s/ Anthony M. Traini
ANTHONY M. TRAINI (#4793)
amt@atrainilaw.com
56 Pine Street – Suite 200
Providence, RI 02903-2819
Tel. 401.621.4700
Fax 401.621.5888

Dated: June 30, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April 2008, I served a true copy of the within Notice of Appearance via electronic means (ECF) on all counsel of record.

/s/ Anthony M. Traini