AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Peabody et al.

v.

Griggs et al

**APPEARANCE**

Case Number: 08 - 243 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Griggs + Browne Co.
Griggs + Browne Home Inspection Serv. Inc
Griggs + Browne Servs Inc
Griggs + Browne Termite Control Inc

I certify that I am admitted to practice in this court.

6/30/08
Date

Signature

Stacey P. Nakasian — 5069
Print Name — Bar Number

1200 Turks Head Place
Address

Prov — RI — 02903
City — State — Zip Code

401-455-0700 — 401-455-0701
Phone Number — Fax Number