AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Christine Peabody et al
v.
Carol Rita Kimberly Griggs et al

**APPEARANCE**

Case Number: 08-243ML

To the Clerk of this court and all parties of record: RICHARD C. BICKI

Enter my appearance as counsel in this case for Richard C. Bicki for purposes of a 6/30/08 Chambers Conference before Chief Judge Lisi on Emergency Motion for TRO

I certify that I am admitted to practice in this court.

06/30/08
Date

Richard C. Bicki
Signature

RICHARD C. BICKI
Print Name | Bar Number

56 Pine St.
Address

Providence, RI 02903
City | State | Zip Code

(401) 228-8338 | (401) 274-2780
Phone Number | Fax Number