AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Christine Peabody, et al
v.
Carol Griggs, et al

**APPEARANCE**

Case Number: 08-243ML

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for Edward L Gerstein, temporary restraining order conference of 6/30/08.

I certify that I am admitted to practice in this court.

6/30/08
Date

Signature

Edward L. Gerstein
Print Name

Bar Number

29 Meeting House Lane
Address

Little Compton RI 02837
City State Zip Code

(401) 635-2282 (401) 635-1612
Phone Number Fax Number