AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs; et al
Plaintiff
v.
Carol Rita Kimberly Griggs, Alias, et al
Defendant

Civil Action No. 08-243 ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Dan A. Griggs
155 Tenth Street
Providence, RI 02906

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6/24/08

Barbara Barletta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862

Server's address

***Alfred J. Harris Constable, #6060***
Full power; State and Federal
(401) 580-4808
P.O. Box 1107
Pawtucket, R.I. 02862

***ATTORNEY:*** JOHN REILLY

PLAINTIFF: Christine Peabody&Michael Grigg:V/SDEFENDENT: DAN A. GRIGGS

| ADDRESS | | | SECOND ADDRESS |
|---|---|---|---|
| STREET: 155 TENTH ST. | | Apt.: | STREET.: |
| CITY: PROV. | | | CITY.: |
| ZIP CODE: | 02906 | | ZIP CODE.: |

---

TYPE OF WRIT: S/C — SERVED UPON:
DATE REC.: 06-26-08 — DATESERVED/RETURNED: 6-28-08
CA#: 08-243 — SERVED BY: AH
METHOD SERVED: In Hand

---

REMARKS:
.:

| | |
|---|---|
| SERVICE FEE: | $45.00 |
| WITNESS FEE: | |
| **TOTAL:** | **$45.00** |

ACCOUNTING: L-R