AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs; et al
Plaintiff
v.
Carol Rita Kimberly Griggs, Alias, et al
Defendant

Civil Action No. 08-243 ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Griggs & Browne Co., Inc.
c/o A/F/S Craig M. Scott, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6/24/08

Barbara Barletta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Griggs & Browne Co. Inc, by:

(1) personally delivering a copy of each to the individual at this place, 1 Turks Head Pl Suite 1200; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Craig M. Scott Esq R/A; or

(4) returning the summons unexecuted to the court clerk on ______; or

(5) other *(specify)* ______

My fees are $ 45.00 for travel and $ —— for services, for a total of $ ~~0.00~~ 45.00

Date: 6/27/08

[signature]

Server's signature

Alfred J. Harris
Authorized Federal Process Server

Printed name and title

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862

Server's address

X Susan F Merrick
6/27/08

***Alfred J. Harris Constable, #6060***
Full power; State and Federal
(401) 580-4808
P.O. Box 1107
Pawtucket, R.I. 02862

***ATTORNEY:*** JOHN REILLY

PLAINTIFF: Christine Peabody&Michael GrggsV/SDEFENDENT: Griggs&Browne Home Inspection Inc

| ADDRESS | | | SECOND ADDRESS |
|---|---|---|---|
| STREET: 1 Turks Head Place | | Apt.: S-1200 | STREET.: |
| CITY: PROV. | | | CITY.: |
| ZIP CODE: | 02903 | | ZIP CODE.: |

---

| | |
|---|---|
| TYPE OF WRIT: S/C | SERVED UPON: Craig M. Scott Esq |
| DATE REC.: 06-26-08 | DATESERVED/RETURNED: 6-27-08 |
| CA#: 08-243 | SERVED BY: AH |
| METHOD SERVED: R/A | |

---

REMARKS:

.:

| | |
|---|---|
| SERVICE FEE: | $45.00 |
| WITNESS FEE: | |
| **TOTAL:** | **$45.00** |

ACCOUNTING: J-R