AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs; et al )
Plaintiff )
v. ) Civil Action No. 08-243 ML
Carol Rita Kimberly Griggs, Alias, et al )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6/24/08

Barbara Barletta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Edward L. Gerstein by:

(1) personally delivering a copy of each to the individual at this place, 37 ~~Hyland~~ Highland Ave Little Compton R.I. ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______ ; or

(4) returning the summons unexecuted to the court clerk on ______ ; or

(5) other *(specify)* ______.

My fees are $ 45.00 for travel and $ 10.00 for services, for a total of $ ~~0.00~~ 55.00.

Date: ______

[signature]
Server's signature

Alfred J. Harris
Authorized Federal Process Server
Printed name and title

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862
Server's address

[signature]

***Alfred J. Harris Constable, #6060***
Full power; State and Federal
(401) 580-4808
P.O. Box 1107
Pawtucket, R.I. 02862

***ATTORNEY:*** JOHN REILLY

PLAINTIFF: Christine Peabody&Michael Grigg:V/SDEFENDENT: EDWARD L. GERSTEIN, ESQ

| ADDRESS | | SECOND ADDRESS |
|---|---|---|
| STREET: 29 Meeting House Lane | Apt.: | STREET.: 37 Highland rd |
| CITY: Little Compton | | CITY.: Little Compton |
| ZIP CODE: 02837 | | ZIP CODE.: |

---

| | |
|---|---|
| TYPE OF WRIT: S/C | SERVED UPON: |
| DATE REC.: 06-26-08 | DATESERVED/RETURNED: 6-27-08 |
| CA#: 08-243 | SERVED BY: AH |
| METHOD SERVED: In Hand | |

---

REMARKS:

.:

| | |
|---|---|
| SERVICE FEE: | $45.00 |
| WITNESS FEE: | $10.00 |
| **TOTAL:** | **$55.00** |

ACCOUNTING: J-R