UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Christine Peabody; Michael Griggs; Lauren Griggs; and C. Monica Griggs<br><br>Plaintiff(s)<br><br>v.<br><br>Carol Rita Kimberly Griggs, Alias; David Heal, alias, individually and In his capacity as purported Trustee of The Irrevocable Trust Estate of the late Glenn E. Griggs; Deborah Griggs, alias; Dan A. Griggs, alias; Edward L. Gerstein, alias; Richard Bicki, alias; Edward Brayton, alias; the Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; Griggs & Browne Termite Control, Inc.; John Does I through 10; Jane Does 1 through 10; XYZ Corporations, Partnerships, Limited Liability Companies, Trusts and/or Enterprises 1 through 10<br><br>Defendant(s) | C.A. 08-243 ML |

**STIPULATION**

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree to extend the time up to and including August 21, 2008 within which the following Defendants may respond to Plaintiffs' Complaint: David Heal, Individually and in his capacity as Trustee; Edward L. Gerstein; Richard Bicki; The Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; and Griggs & Browne Termite Control, Inc.

/s/ Stacey P. Nakasian
Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
snakasian@duffysweeney.com
*Counsel for Defendants:*
*The Griggs & Brown Co., Inc.*
*Griggs & Browne Home Inspection Service, Inc.*
*Griggs & Browne Services, Inc.*
*Griggs & Browne Termite Control, Inc.*

/s/ John B. Reilly
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
(401) 272-2800
(401) 272-2811-Fax
jreilly@lawyers-online.us
*Counsel for Plaintiffs*

/s/ Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr. (#4995)
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
Tel: (401) 739-7397
Fax (401) 384-6950
mlepizzera@leplap.com
*Counsel for Defendant: David Heal,*
*Individually and In his Capacity as*
*Purported Trustee of the Irrevocable Trust*
*Estate of the Late Glenn E. Griggs*

/s/ Anthony M. Traini
Anthony M. Traini, Esq. (#4793)
56 Pine Street
Providence, RI 02903
Tel: (401) 621-4700
Fax: (401) 621-5888
amt@atrainilaw.com
*Counsel for Defendants*
*Edward L. Gerstein and Richard Bicki*

Dated: July 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within Stipulation was filed through the ECF system on the 17th day of July, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed to the parties who are not registered participants of the ECF system as indicated below.

| | |
|---|---|
| John B. Reilly<br>John Reilly & Associates<br>100 North Main Street, 4th<br>Providence, RI 02903<br>jreilly@lawyers-online.us | Michael J. Lepizzera<br>Lepizzera & Laprocina<br>1170 Metro Center Boulevard, Suite 2001<br>Warwick, RI 02886<br>mlepizzera@lldlawyers.com |
| Anthony M. Traini, Esq.<br>55 Pine Street<br>Providence, RI 02903<br>amt@atrainilaw.com | Edward L. Gerstein, Esq.<br>29 Meeting House Lane<br>Little Compton, RI 02837<br>elg@zomolo.com |
| Richard C. Bicki, Esq.<br>56 Pine Street, Suite 200<br>Providence, RI 02903<br>rbickiesq@aol.comnm | |

/s/ Stacey P. Nakasian