# INDEX OF DOCUMENTS

Judgments, Decisions, Orders, Pleadings, Transcripts, and other Matters of Public Record contained or made part of the record in the following state court proceedings:

I. GRIGGS I

A. Warwick Probate Court No. 2000-418: In Re Estate Of Glenn E. Griggs, including without limitation the following documents:

1. Petition for Limited Guardianship or Guardianship.
2. Certification of Notice of proceedings.
3. Attorney of Record-Brian Goldstein, Esq. for Lauren Griggs and Christine Peabody (“Petitioners”).
4. Entry of Appearance by Edward L.Gerstein on behalf of Glenn Griggs (“Respondent”).
5. Objection to Petition for Limited Guardianship/Guardianship.
6. Respondent’s Motion For Discovery.
7. Respondent’s Motion To Place Healthcare Matters Under Seal.
8. Respondent’s Motion to seal file, or for alternate relief.
9. Order of hearing on 10/26/00 (granting Respondent’s motion for discovery, motion to seal file and for alternate relief).
10. Order of hearing on 10/26/00 (Omnibus discovery order).
11. Report of Guardian ad litem.
12. Entry of Appearance- Marvin Homonoff, Esq. for Lauren Griggs, Christine Peabody, Courtney (“Monica”) Griggs, and Patricia Griggs.
13. Petitioner’s Request for the Production of documents- financial planning documents and health care providers.
14. Respondent’s response to Request for production.

15. Petitioner's Notice of Deposition of Robert Veasey, with subpoena duces tecum for Respondent's financial records.

16. Respondent's Motion to quash deposition notice and subpoena duces tecum issued to Robert Veasey.

17. Petition for Temporary Guardianship filed by Lauren Griggs and Christine Peabody.

18. Respondent's Objection to Petition for Temporary Guardianship.

19. Respondent's Motion To Dismiss proceeding.

20. Petitioners' Objection to motion to dismiss proceeding.

21. Order of hearing on 11/30/00 (concerning, inter alia, items 13-20).

22. Order of hearing on 01/24/01 (concerning Dr. Brogna's affidavit).

23. Petitioner's motion concerning Order to Enter as a result of hearing on 01/24/01.

24. Petitioner's Objection to Order to Enter as a result of hearing on 1/24/01.

25. Respondent's Objection to Petitioner's Motion concerning Order of hearing on 01/24/01.

26. Respondent's Motion for summary denial of Petitioner's Objection to Order of hearing on 01/24/01.

27. Petitioner's Motion to limit depositions.

28. Respondent's Objection to Petitioner's Motion to limit depositions.

29. Entry of Appearance- Mark Sjoberg, Esq. as co-counsel for Lauren Griggs and Christine Peabody.

30. Order of hearing on 2/16/01 (concerning, inter alia, items 23-29).

31. Petitioners' subpoena duces tecum issued to John Stoukides, M.D.

32. Motion to Quash filed by John Stoukides, M.D.

33. Petitioners' Objection to Motion to Quash filed by John Stoukides, M.D.

34. Respondent's Notice and Objection to production of documents by John Stoukides and to quash subpoena.

35. Petitioners' Request for production of records of John Stoukides, M.D.

36. Respondent's Objection to request for production of records of John Stoukides, M.D.

37. Petitioners' Motion To Compel production of records of John Stoukides, M.D.

38. Petitioners' Motion for leave to take depositions of Respondent's physicians.

39. Respondent's Objection to petitioners' motion for leave to take depositions of Respondent's physicians.

40. Respondent's Motion to compel answers to questions posed at deposition.

41. Petitioners' Objection to motion to compel answers to questions posed at deposition.

42. Respondent's Motion To Strike DMAT filed with Guardianship Petition.

43. Petitioners' Objection to motion to strike DMAT.

44. Respondent's Motion for issuance of letters rogatory to allow deposition of Michael Griggs.

45. Petitioners' Objection to motion for issuance of letters rogatory to allow deposition of Michael Griggs.

46. Order of hearing on 03/29/01 (concerning, inter alia, items 32-45).

47. Order entered 07/3/01 (denying Guardianship Petition).

48. Petitioners' Claim of Appeal to Superior Court.

49. Respondent's Motion For Assessment of Costs (Amended).

50. Order entered 07/22/04 assessing costs against Lauren Griggs, Christine Peabody, Courtney ("Monica") Griggs, and Patricia Griggs.

Also included are transcripts of the Warwick Probate Court hearings of 11/30/00; 1/11/01; 1/24/01; 2/16/01; 3/29/01; 5/17/01; and 6/21/01.

B. Kent County Superior Court No. KP 01-664: Lauren Griggs and Christine Peabody v. Estate of Glenn E. Griggs, including without limitation the following documents:

51. Docket Sheet.

52. Plaintiffs' (Petitioners') Statutory Notice of Appeal.[1]

53. Plaintiffs' Reasons of Appeal.

54. Plaintiffs' Motion For Extension of Time to file record.

55. Entry of Appearance- Edward L.Gerstein, Esq. for Glenn E. Griggs.

56. Motion to Intervene by Glenn E. Griggs.

57. Motion to Intervene by Deborah Griggs.

58. Plaintiffs' Objection to Motion to Intervene by Deborah Griggs.

59. Plaintiffs' Memorandum in Support of Objection to Intervene by Deborah Griggs.

60. Order granting motions to Intervene.

61. Plaintiffs' First Request For Production of Documents by Glenn E. Griggs.

62. Plaintiffs' Notice of Deposition of Glenn E. Griggs.

63. Intervenor Glenn E. Griggs' Objection to request for production of documents.

64. Intervenor Glenn E. Griggs' Motion For Protective Order concerning his deposition.

65. Plaintiffs' Motion to Compel production of documents.

66. Intervenor Glenn E. Griggs' Objection to Motion to compel production of documents.

67. Plaintiffs' Objection To Motion For Protective Order.

68. Order of hearing on 11/26/01 (concerning, inter alia, items 61-67).

[1]As the de novo proceeding in Superior Court is a civil action, Lauren Griggs and Christine Peabody were the Plaintiffs. Although his estate is the "defendant", Glenn E. Griggs was statutorily required to move to intervene, R.I.G.L §33-23-8. In probate appellate parlance, he then became known as the "Intervenor."

69. Plaintiffs' Renewed Motion to Compel production of documents, with supporting memorandum.

70. Order of hearings on 02/11/02 and 02/25/02 (disposing of motions and identifying dispositive issues).

71. Order of hearing on 04/08/02 (supplementing item 70).

72. Plaintiffs' Reply Memorandum to Intervenor's (Glenn E. Griggs) Objection to Motion for Reconsideration.

73. Order of hearing on 05/17/02 (dismissing proceeding).

Also included are transcripts of the Kent County Superior Court hearings of 11/26/01; 1/26/02; 2/11/02; 2/25/02; 4/8/02; and 5/17/02.

C. Rhode Island Supreme Court No. 2002-611: Lauren Griggs and Christine Peabody v. Estate of Glenn E. Griggs, et al., including without limitation the following documents:

74. Order of Assignment of 10/07/03.

75. Decision, Lauren Griggs and Christine Peabody v. Estate of Glenn E. Griggs, et al,, 845 A.2d 1006 (04/09/04).

II. GRIGGS II

A. Warwick Probate Court No. 2003-249: In re Estate of Glenn E. Griggs, including without limitation the following documents:

76. Petition for Temporary Guardianship filed by Dan Griggs.

77. Petition For Limited Guardianship/Guardianship filed by Dan Griggs.

78. Motion for Leave to file Petition for Temporary Guardianship Without The Decision Making Assessment Tool.

79. Petitioner's Motion To Waive Notice Requirements.

80. Temporary Limited Guardianship Order entered 06/26/03.

81. Motion To Vacate Temporary Order Related To The Estate of Glenn E. Griggs filed by Lauren Griggs, Courtney Griggs, Deborah Griggs, Christine (Griggs) Peabody, Patricia Griggs and Nancy Griggs.

82. Order of hearing of 07/03/03 (inter alia, granting petitioners relief, returning Glenn to his home, appointing Attorney St. Pierre and addressing conflicting counsel claims).

83. Demand For Disclosure filed on behalf of attorneys Edward L.Gerstein and Lauren E. Jones.[2]

84. Objection To Demand For Disclosure filed by Lauren Griggs, Courtney Griggs, Deborah Griggs, Christine (Griggs) Peabody, Patricia Griggs and Nancy Griggs.

85. Reciprocal Demand For Disclosure filed by Lauren Griggs, Courtney Griggs, Deborah Griggs, Christine (Griggs) Peabody, Patricia Griggs and Nancy Griggs.

86. Entry of Appearance.

87. Reciprocal Demand For Disclosure filed by attorney Frank Orabona.

88. Order of hearing on 7/16/03 (concerning, inter alia, items 83-87).

89. Heirs At Law Answer To Demand For Disclosure filed by Lauren Griggs, Courtney Griggs and Christine Peabody.

90. Response of attorney Frank Orabona to Demand for Disclosure.

91. Response to Demand For Disclosure of Attorney Frank Orabona.

92. Motion To Appoint Lauren Griggs and Christine Peabody as guardians, filed by Lauren Griggs, Courtney Griggs and Christine Peabody.

93. Order of hearing on 7/23/03 (addressing hearing on Glenn's representation).

94. Order of hearing on 7/28/03 (recognizing Attorney Gerstein as Glenn's counsel, and addressing DMAT and discovery issues).

95. Respondent's Motion To Compel or Adjudge in Contempt concerning Order of 7/16/03.

96. Notices of Withdrawal of counsel for Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

---

[2] This Demand for disclosure subsequently became commonly known in the Probate Court proceedings as the "Traini Demand."

97. Conditional Entry of Appearance on behalf of Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

98. Motion To Continue Probate Proceeding by Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

99. Order of hearing on 09/24/03 (addressing, inter alia, substitution of counsel and additional obligations of new counsel for plaintiffs).

100. Supplemental Response To "Traini Demand" on behalf of Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

101. Notice To Join Petition For Limited Guardianship or Guardianship filed by Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

102. Motion For Protective Order against deposition subpoenae duces tecum filed on behalf of Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

103. Order of hearing on 10/10/03 (addressing items 101-102 and resolving DMAT issue by consent).

104. Motion For Protective Order (Second) filed on behalf of Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

105. Memorandum in Support of Motion For Protective Order (Second) filed on behalf of Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

106. Objection To (Second) Motion For Protective Order.

107. Memorandum in Support of Objection To (Second) Motion For Protective Order.

108. Withdrawal of Motion to be appointed guardians filed by Lauren Griggs, Courtney Griggs and Christine Peabody.

109. Response to Withdrawal of Motion to be appointed guardians filed by Lauren Griggs, Courtney Griggs and Christine Peabody.

110. Motion For Leave To Amend Guardianship Petition filed by Dan Griggs.

111. Motion To Withdraw as counsel for Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

112. Order of hearing on 10/30/03 (concerning, inter alia, 104-111).

113. Motion To Adjudge Lauren Griggs and Christine Peabody in contempt or for alternate relief.

114. Order of hearing on 12/09/03 (adjudging Lauren Griggs and Christine Peabody in contempt).

115. Order of hearing on 04/10/08 (making hearing transcripts official Probate Court records, nunc pro tunc to 07/03/03).

116. Motion To Appoint Temporary Limited Guardian of Estate.

117. Objection filed by Deborah Griggs to Motion To Appoint Temporary Limited Guardian of Estate.

118. Objection filed by Lauren Griggs, Courtney Griggs, and Christine Peabody to Motion To Appoint Temporary Limited Guardian of Estate.

119. Respondent's Memorandum in Support of Motion To Appoint Temporary Limited Guardian of the Estate.

120. Order of hearing on 04/15/04 (concerning, inter alia, items 116-119 and appointment of Mr. Heal as temporary limited guardian).

121. Order of hearing on 07/29/04 (marking all deposition transcripts as exhibits and part of court record).

122. Respondent's Motion To Adjudge (Lauren Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs) In Contempt.

123. Memorandum of Lauren Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs In Opposition To Contempt.

124. Decision and Order (02/15/05) (on Respondent's Motion) Adjudging Lauren Griggs, Christine Peabody, Nancy Griggs and Patricia Griggs In Contempt.

125. Withdrawal of counsel for Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

126. Entries of Appearance of counsel for Lauren Griggs, Courtney Griggs, Christine Peabody, Patricia Griggs and Nancy Griggs.

127. Motion for appointment of David Heal as limited guardian of the estate.

128. Order of hearing on 09/22/05 (appointing Mr. Heal limited guardian of Glenn's estate within Probate Court jurisdiction).

129. Claim of Appeal by Courtney Griggs.

130. Claim of Appeal by Lauren Griggs.

131. Claim of Appeal by Christine Peabody.

132. Motion For Visitation by Christine Peabody.

133. Motion For Visitation by Courtney Griggs.

134. Motion For Visitation by Lauren Griggs

135. Order of hearing on 11/17/05 (concerning, inter alia, items 132-134 and guardian's initial inventory and accounting).

136. Respondent's Emergency Motion For Protective Order and Request For Hearing.

137. Motion to join Respondent's Emergency Motion For Protective Order and Request For Hearing.

138. Objection To Respondent's Emergency Motion For Protective Order and Request For Hearing filed on behalf of Lauren Griggs, Courtney Griggs and Christine Peabody.

139. Correspondence from Michael St, Pierre (as Temporary Limited Guardian of the person) to counsel for Lauren Griggs and Courtney Griggs with proposed visitation agreement.

140. Glenn Griggs Visitation Guidelines Agreement signed by Lauren Griggs and Courtney Griggs.

141. Motion To Compel Visitation and/or Show Cause filed by Lauren Griggs.

142. Petition To Compel Visitation filed by Christine Peabody.

143. Response of Mr. St. Pierre to Motions to Compel visitation.

144. Emergency Motion concerning healthcare decisions for Respondent.

145. Interim Order of hearing on 10/01/07 (concerning health care decisions for Glenn).

146. Amended Order of hearing on 10/01/07 (same).

147. Respondent's Memorandum in Support of Motion to Determine Scope of Compensatory Sanctions on Multiple Judgments of Contempt, Reparation and Request For Instructions.

148. Order of hearing on 02/28/08 (concerning item 147 and representation issues).

149. Order of hearing on 03/27/08 (concerning item 147).

150. Objection and Memorandum of Christine Peabody to Respondent's Memorandum in Support of Motion to Determine Scope of Compensatory Sanctions on Multiple Judgments of Contempt, Reparation and Request For Instructions.

151. Objection and Memorandum of Patricia Griggs to Respondent's Memorandum in Support of Motion to Determine Scope of Compensatory Sanctions on Multiple Judgments of Contempt, Reparation and Request For Instructions.

152. Objection and Memorandum of Lauren Griggs to Respondent's Memorandum in Support of Motion to Determine Scope of Compensatory Sanctions on Multiple Judgments of Contempt, Reparation and Request For Instructions.

153. Objection of Nancy Griggs to Respondent's Memorandum in Support of Motion to Determine Scope of Compensatory Sanctions on Multiple Judgments of Contempt, Reparation and Request For Instructions.

154. Respondent's Reply Memorandum in Support of Motion to Determine Scope of Compensatory Sanctions on Multiple Judgments of Contempt, Reparation and Request For Instructions.

155. Order of hearing on 04/10/08 (defining contours and parties responsible for payment of contempt sanctions).

Also included are transcripts of the Warwick Probate Court hearings of 07/03/03; 07/16/03; 07/23/03; 07/28/03; 08/13/03; 08/21/03; 09/18/03; 09/24/03; 10/10/03; 10/30/03; 11/25/03; 12/09/03; 12/23/03; 01/15/04; 02/12/04; 04/15/04; 06/10/04; 07/22/04; 07/29/04]; 08/12/04; 02/14/05; 03/24/05; 07/07/05; 09/22/05; 09/29/05; 11/17/05; 10/01/07; 02/28/08; 03/13/08; 03/27/08; 04/10/08).

Also included are the transcripts of the depositions of Christine Peabody, Lauren Griggs, Courtney Griggs, Patricia Griggs, Nancy Griggs, Deborah Griggs, Robert Veasey, Michael Valois and Christian Davodet.[3]

B. Kent County Superior Court No. 2004-59: In re Estate of Glenn E. Griggs (appeal by Lauren Griggs and Christine Peabody of Order of contempt entered 12/24/03 by Warwick Probate Court), including, without limitation, the following documents:

156. Claim of Appeal of Christine Peabody (filed in Probate Court).

157. Claim of Appeal of Lauren Griggs (filed in Probate Court).

158. Reasons of Appeal.

159. Motion To Intervene filed on behalf of Glenn E. Griggs.

160. Order granting motion to intervene.

161. Consent Order of 7/29/04 (entered in Probate Court).

162. Voluntary dismissal with prejudice.

163. Docket Sheet

C. Kent County Superior Court Nos. 2005-949, 950 and 951: In re Estate of Glenn E. Griggs, including, without limitation, the following documents:

164. Docket Sheet for No. 949[4]

165. Reasons of Appeal-Lauren Griggs.

166. Reasons of Appeal-Christine Peabody.

167. Reasons of Appeal-Courtney Griggs.

168. Motions To Intervene by Glenn E. Griggs.

169. Orders of 11/14/08 allowing Intervention.

170. Request For Production of Documents filed by Lauren Griggs

[3]The depositions were made part of the record in the Probate Court.

[4]Although not formally consolidated, the three matters were treated by the Court and the parties as one proceeding. As the docket sheet is essentially the same in all 3 cases, only 1 docket sheet is produced in this index. Defendants' reserve the right to rely upon the docket sheets in Nos. 950 and 951, if necessary.

171. Response of Intervenor Glenn E. Griggs to Request For Production of Documents filed by Lauren Griggs

172. David Heal's Response to Request For Production of Documents filed by Lauren Griggs.

173. Motion To Strike Objections and Compel Compliance by Intervenor Glenn Griggs with Lauren Griggs' request for the production of documents.

174. Motion To Strike Objections and Compel Compliance by David Heal with Lauren Griggs' request for the production of documents.

175. Stipulation concerning discovery requests of Courtney Griggs.

176. Intervenor Glenn E. Griggs' Motion To Dismiss Or, In The Alternative, For Summary Judgment. [5]

177. Intervenor Glenn E. Griggs' Consolidated Memorandum In Support of Motion To Dismiss Or, In The Alternative, For Summary Judgment.

178. Consolidated Memorandum filed by Lauren Griggs, Courtney Griggs and Christine Peabody in Opposition To Motion To Dismiss, or, In The Alternative For Summary Judgment.

179. Decision, 2006 WL 3720309 (R.I. Super. 12/12/06).

180. Order of Dismissal, 12/29/06.

181. Judgment, 12/29/06.

182. Motion To Amend Judgment filed by Lauren Griggs, Courtney Griggs and Christine Peabody.

183. Intervenor Glenn E. Griggs' Objection To Amend Judgment.

184. Order denying Motion To Amend Judgment or for reconsideration.

185. Notice of Appeal- Courtney Griggs

186. Notice of Appeal- Christine Peabody.

---

[5]The same motion and memorandum, other than docket number and identity of appellant, was filed in all 3 matters, therefore only the motion and memorandum filed by in No. 2005-951 is included in this Index.

Also included are the transcripts of the Kent County Superior Court hearings of 3/27/06; 05/22/06; 10/12/06; 2/22/07.

D. Rhode Island Supreme Court No. 07-288A: In re Estate of Glenn E. Griggs, (Superior Court Nos. KP 05-949,05-950 and 05-951), including, without limitation, the following documents:

187. Order entered 10/25/2007 dismissing the appeals of Christine Peabody and Courtney Griggs.