UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and C. Monica Griggs

Plaintiffs

vs. C.A. No.: 08-00243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does l
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**STIPULATION OF WITHDRAWAL OF REQUEST(S) FOR PRELIMINARY INJUNCTIVE RELIEF**

For purposes of clarifying the Court docket, Plaintiffs hereby withdraw, without prejudice, their Motion for Preliminary Injunctive Relief (Docket #3) in its entirety and, also without prejudice, that portion of their "Revised, Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief," (Docket #4) that requests a preliminary injunction.

Plaintiffs,
By their attorney,

/s/ John B. Reilly
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
tel.: (401) 272-2800
fax: (401) 272-2811

## CERTIFICATION

I hereby certify that on the 19th day of August, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

Stacey P. Nakasian, Esq.
Duffy, Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
snakasian@duffysweeney.com

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
mlepizzera@lldlawyers.com

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903
amt@atrainilaw.com

Richard C. Bicki, Esq.
56 Pine Street, Suite 200
Providence, RI 02903
rbickiesq@aol.com

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837
elg@zomolo.com

It is also hereby certified that a true copy of the within will be sent by first-class mail, postage prepaid on this 19th day of August, 2008 to the following defendants who have been served with process at their last known address.

Carol Rita Kimberly Griggs
77 Summit Drive
Cranston, RI 02920

Deborah Griggs
207 Robin Hollow Road
West Greenwich, RI 02817

Dan Griggs
155 Tenth Street
Providence, RI 02906

/s/ John B. Reilly