**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Christine Peabody; Michael Griggs;<br>Lauren Griggs; and C. Monica Griggs<br>Plaintiff(s) | )<br>)<br>)<br>) | |
| v. | ) | C.A. 08-243 ML |
| Carol Rita Kimberly Griggs, Alias;<br>David Heal, alias, individually and<br>In his capacity as purported Trustee of<br>The Irrevocable Trust Estate of the late<br>Glenn E. Griggs; Deborah Griggs, alias;<br>Dan A. Griggs, alias; Edward L. Gerstein,<br>alias; Richard Bicki, alias; Edward Brayton,<br>alias; the Griggs & Browne Co.,<br>Incorporated; Griggs & Browne Home<br>Inspection Service, Inc.; Griggs & Browne<br>Services, Inc.; Griggs & Browne Termite<br>Control, Inc.; John Does I through 10;<br>Jane Does 1 through 10; XYZ Corporations,<br>Partnerships, Limited Liability Companies,<br>Trusts and/or Enterprises 1 through 10<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**STIPULATION**

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree to further extend the time up to and including October 6, 2008 within which the following Defendants may respond to Plaintiffs' Complaint: David Heal, individually and in his capacity as Trustee; Edward L. Gerstein; Richard Bicki; The Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; and Griggs & Browne Termite Control, Inc.

/s/ Stacey P. Nakasian
Stacey P. Nakasian (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax
snakasian@duffysweeney.com
*Counsel for Defendants:*
*The Griggs & Brown Co., Inc.*
*Griggs & Browne Home Inspection Service, Inc.*
*Griggs & Browne Services, Inc.*
*Griggs & Browne Termite Control, Inc.*

/s/ John B. Reilly
John B. Reilly (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
(401) 272-2800
(401) 272-2811-Fax
jreilly@lawyers-online.us
*Counsel for Plaintiffs*

/s/ Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr. (#4995)
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
Tel: (401) 739-7397
Fax (401) 384-6950
mlepizzera@leplap.com
*Counsel for Defendant: David Heal,*
*Individually and In his Capacity as*
*Purported Trustee of the Irrevocable Trust*
*Estate of the Late Glenn E. Griggs*

/s/ Anthony M. Traini
Anthony M. Traini, Esq. (#4793)
56 Pine Street
Providence, RI 02903
Tel: (401) 621-4700
Fax: (401) 621-5888
amt@atrainilaw.com
*Counsel for Defendants*
*Edward L. Gerstein and Richard Bicki*

Dated: August 20, 2008