UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and C. Monica Griggs

Plaintiffs

vs. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does l
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN**

Plaintiffs have moved, pursuant to Fed.R.Civ.P. 30(a)(2) and Fed.R.Civ.P. 26(d)(1), for leave to take and perpetuate the deposition of David J. Aubin (by standard stenographic means as well as by videotape). In support hereof, Plaintiffs submit that the requested relief comports with the policies under Fed.R.Civ.P. 26(b)(2), and taking the deposition now would not prejudice the parties but would, instead, result in conservation of resources and minimization of expense and inconvenience.

Mr. Aubin was a manager of the first Griggs & Browne Company and had a lengthy, uninterrupted career with the first company of approximately thirty (30) years' duration, retiring in December 1985. Mr. Aubin continued to provide consulting services to Glenn Griggs and the Griggs & Browne companies until approximately 1999 and is believed to have relevant and material information about many of the events alleged in the Verified Complaint in this matter.

Mr. Aubin is currently vacationing in Massachusetts, but resides most of the year in Florida and is a permanent resident thereof. Furthermore, Plaintiffs have recently learned he will return to Florida **in mid-September, 2008** and may not return again. Therefore, his deposition before his departure to Florida will serve to both assure that his testimony be preserved and also at greatly lesser expense, time, and inconvenience to the parties.

Pursuant to Fed. R. Civ. P. 30(a)(2) leave of court is required when a party wishes to take a deposition before the Rule 26(f) conference. However, Rule 30(a)(2) expressly provides that "the court must grant leave to the extent consistent with Rule 26(b)(2)." Plaintiffs submit that Mr. Aubin is a material witness whose testimony is indispensable. Taking his deposition in Rhode Island or Massachusetts will assure that his testimony is preserved at a lesser expense, time, and inconvenience that would result upon Mr. Aubin's return to Florida. Plaintiffs further submit that they have extended multiple courtesies to defendants by voluntarily stipulating to extensions of the time for defendants to Answer the Complaint in this matter; most recently providing an additional 45 days. Were it not for these extensions, the Answers would be due and the Rule 26(f) conference would have taken place within ten (10) days thereafter, as required by Local Rule 26(a). Defendants will not be prejudiced or unduly burdened if plaintiffs are permitted to take Mr. Aubin's deposition (with appropriate notice of the same, in accordance with the Rules of this Court).

This matter requires emergency attention because of Mr. Aubin's plans to return to Florida in mid-September, 2008.

Plaintiffs,
By their attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
tel.: (401) 272-2800
fax: (401) 272-2811

**CERTIFICATION**

I hereby certify that on the 20th day of August, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

Stacey P. Nakasian, Esq.
Duffy, Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
snakasian@duffysweeney.com

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
mlepizzera@lldlawyers.com

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903
amt@atrainilaw.com

Richard C. Bicki, Esq.
56 Pine Street, Suite 200
Providence, RI 02903
rbickiesq@aol.com

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837
elg@zomolo.com

It is also hereby certified that a true copy of the within will be sent by first-class mail, postage prepaid on this 20th day of August, 2008 to the following defendants who have been served with process at their last known address.

Carol Rita Kimberly Griggs
77 Summit Drive
Cranston, RI 02920

Deborah Griggs
207 Robin Hollow Road
West Greenwich, RI 02817

Dan Griggs
155 Tenth Street
Providence, RI 02906

Ed Brayton
1357 Wampanoag Trail, Apt. 335
Riverside, RI 02915

/s/ John B. Reilly