**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Christine Peabody; Michael Griggs; Lauren Griggs; and C. Monica Griggs<br><br>Plaintiff(s)<br><br>v.<br><br>Carol Rita Kimberly Griggs, Alias; David Heal, alias, individually and In his capacity as purported Trustee of The Irrevocable Trust Estate of the late Glenn E. Griggs; Deborah Griggs, alias; Dan A. Griggs, alias; Edward L. Gerstein, alias; Richard Bicki, alias; Edward Brayton, alias; the Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; Griggs & Browne Termite Control, Inc.; John Does I through 10; Jane Does 1 through 10; XYZ Corporations, Partnerships, Limited Liability Companies, Trusts and/or Enterprises 1 through 10<br><br>Defendant(s) | ) | C.A. 08-243 ML |

**ENTRY OF APPEARANCE**

Craig M. Scott, Esq. and the law firm of Duffy Sweeney & Scott, Ltd. hereby enter their appearance on behalf of The Griggs & Browne Co., Inc., Griggs & Browne Home Inspection Service, Inc., Griggs & Browne Services, Inc., and Griggs & Browne Termite Control, Inc., in the above-referenced matter.

THE GRIGGS & BROWNE CO., INC.
GRIGGS & BROWNE HOME INSPECTION SERVICE, INC.
GRIGGS & BROWNE SERVICES, INC.
GRIGGS & BROWNE TERMITE CONTROL, INC.
By Its Attorneys,

Dated: August 21, 2008

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that the within Entry of Appearance was filed through the ECF system on the 21st day of August, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed to the parties who are not registered participants of the ECF system as indicated below.

| | |
|---|---|
| John B. Reilly<br>John Reilly & Associates<br>100 North Main Street, 4th<br>Providence, RI 02903<br>jreilly@lawyers-online.us | Michael J. Lepizzera<br>Lepizzera & Laprocina<br>1170 Metro Center Boulevard, Suite 2001<br>Warwick, RI 02886<br>mlepizzera@lldlawyers.com |
| Anthony M. Traini, Esq.<br>55 Pine Street<br>Providence, RI 02903<br>amt@atrainilaw.com | Edward L. Gerstein, Esq.<br>29 Meeting House Lane<br>Little Compton, RI 02837<br>elg@zomolo.com |
| Richard C. Bicki, Esq.<br>56 Pine Street, Suite 200<br>Providence, RI 02903<br>rbickiesq@aol.com | |

/s/ Craig M. Scott

*Entry of Appearance (CMS) 08-21-08.doc*