AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 08-243 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Dan Griggs

8/22/08
Date

[signature]
Signature

Joseph T. Akiki
Print Name

350 So. Main St.
Address

Prov RI 02903
City State Zip Code

861-6600
Phone Number