UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs; Lauren Griggs; and C. Monica Griggs

Plaintiffs

VS. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias; David Heal, Alias, individually and in his capacity as purported Trustee of the Irrevocable Trust estate of the late Glenn E. Griggs; Deborah Griggs, Alias; Dan A. Griggs, Alias; Edward L. Gerstein, Alias; Richard Bicki, Alias; Edward Brayton, Alias; the Griggs & Browne Co, Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; Griggs & Browne Termite Control, Inc; John Does 1 through 10; Jane Roes 1 through 10; XYZ Corporations, Partnerships, Limited Liability Companies, Trusts and/or Enterprises 1 through 10

Defendants

**ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for Defendant, Carol Rita Kimberly Griggs in the within matter.

Carol Rita Kimberly Griggs
By her Attorney,

DAVID J. OLIVEIRA, ESQ. (#2516)
155 South Main Street, Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
Date: 8/28/08

**CERTIFICATION**

A copy of this pleading has been served upon all counsel of record via the ECF system and upon all unrepresented parties by United States mail.