UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and C. Monica Griggs

*Plaintiffs*

v. CA. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co., Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does I
through 10; Jane Roes I through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

*Defendants*

**OBJECTION TO PLAINTIFFS' EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN**

Defendant, Deborah Griggs, hereby objects to Plaintiff's Motion to Take and Perpetuate Testimony of David J. Aubin. As grounds therefore, Defendant's counsel states that she has just, on this date, entered her appearance and cannot adequately prepare for discovery. Moreover, Defendant refers to and incorporates the response of Defendants Bicki and Gerstein.

Defendant,
Deborah Griggs,
By her attorney,

/s/ Melody A. Alger

Melody A. Alger, Esquire #4585
Baluch Gianfrancesco Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434
(401) 351-9653 – Fax

**CERTIFICATION**

I hereby certify that on the 29th day of August, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

John B. Reilly, Esq.
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
jreilly@lawyers-online.us

Craig Scott, Esq.
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
cscott@duffysweeney.com

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903
amt@atrainilaw.com

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
mlepizzera@lldlawyers.com

/s/ Melody A. Alger