**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Christine Peabody; Michael Griggs; Lauren Griggs; and C. Monica Griggs<br>Plaintiff(s) | ) | |
| v. | ) | C.A. 08-243 ML |
| Carol Rita Kimberly Griggs, Alias; David Heal, alias, individually and In his capacity as purported Trustee of The Irrevocable Trust Estate of the late Glenn E. Griggs; Deborah Griggs, alias; Dan A. Griggs, alias; Edward L. Gerstein, alias; Richard Bicki, alias; Edward Brayton, alias; the Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; Griggs & Browne Termite Control, Inc.; John Does I through 10; Jane Does 1 through 10; XYZ Corporations, Partnerships, Limited Liability Companies, Trusts and/or Enterprises 1 through 10<br>Defendant(s) | ) | |

**<u>RESPONSE OF DEFENDANTS EDWARD L. GERSTEIN AND RICHARD BICKI IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN</u>**

Defendants Edward L. Gerstein ("Gerstein") and Richard Bicki ("Bicki") hereby object to Plaintiffs' Motion to Take and Preserve Testimony of David J. Aubin. In support hereof, defendants rely upon the Memorandum of Law submitted herewith.

WHEREFORE, Defendants respectfully request that Plaintiffs' Emergency Motion To Take And Perpetuate Testimony Of David J. Aubin be denied.

Respectfully submitted,

*/s/ Anthony M. Traini*
Anthony M. Traini, Esq. (#4793)
56 Pine Street
Providence, RI 02903
Tel: (401) 621-4700
Fax: (401) 621-5888
amt@atrainilaw.com
*Counsel for Defendants*
*Edward L. Gerstein and Richard Bicki*

Dated: August 29, 2008

CERTIFICATION OF SERVICE

I, Anthony M. Traini, hereby certify that service of the within pleading was made through the ECF system upon all counsel of record.

*/s/ Anthony M. Traini*