UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and C. Monica Griggs

Plaintiffs

vs. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does l
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANTS DAVID HEAL, EDWARD L. GERSTEIN AND RICHARD BICKI FOR JUDICIAL NOTICE AND "OTHER APPROPRIATE RELIEF"**

Plaintiffs Christine Peabody, Michael Griggs, Lauren Griggs and C. Monica Griggs ("Plaintiffs") hereby oppose and object to "Defendants' [David heal, Edward L. Gerstein and Richard Bicki] Motion for Judicial Notice pursuant to F.R.Ev. 201 and for Other Appropriate Relief." As grounds, plaintiffs state that the motion does not adequately define the purposes for which defendants seek judicial notice. Without explaining for what purposes they seek judicial notice of every document submitted in two lines of state court proceedings – listed in a thirteen page document attached to defendants' motion – the defendants nonetheless seek affirmation that this Court will not consider their use of any judicially "noticed" documents as a basis for

converting a motion to dismiss into one for summary judgment. The Motion thus appears to be a transparent and improper attempt to gain broad permission to submit a myriad of documents in connection with a Motion to Dismiss and avoid the pitfalls of what might otherwise properly be treated as a Motion for Summary Judgment.

Plaintiffs further note that it is well within this court's authority to take judicial notice of documents submitted with a Motion to, if it deems judicial notice to be proper. A prior order of judicial notice is both unnecessary and would likely result in confusion to the parties in light of the defendants' expressed purpose of avoiding conversion of their currently unfiled motion to dismiss into a motion for summary judgment.

In further support, hereof Plaintiffs submit the accompanying Memorandum of Law.

**WHEREFORE**, Plaintiffs respectfully request that this Court DENY the Defendants' motion for judicial notice and "other appropriate relief."

Respectfully Submitted,
Plaintiffs,
By their attorney,

/s/ John B. Reilly

John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, RI 02903
tel.: (401) 272-2800
fax: (401) 272-2811

## CERTIFICATION

I hereby certify that on the 29_th day of August, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

Stacey P. Nakasian, Esq.
Duffy, Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
snakasian@duffysweeney.com

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
mlepizzera@lldlawyers.com

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903
amt@atrainilaw.com

Richard C. Bicki, Esq.
56 Pine Street, Suite 200
Providence, RI 02903
rbickiesq@aol.com

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837
elg@zomolo.com

Melody A. Alger
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
melody.alger@bgmalaw.com

Joseph J. Altieri
Joseph J. Altieri, Ltd.
350 South Main Street
Providence, RI 02903
JoeAltieri@JJALTD.com

David Jesse Oliveira
David Oliveira, Esq.
155 South Main Street
Suite 305
Providence, RI 02903
doliveira@djolaw.com

Craig M. Scott
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903
cscott@duffysweeney.com

It is also hereby certified that a true copy of the within will be sent by first-class mail, postage prepaid on this 29_th day of August, 2008 to the following defendants who have been served with process at their last known address.

Edward Brayton
1357 Wampanoag Trail, Apt. 335
Riverside, RI 02915

____/s/ John B. Reilly____________