**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Christine Peabody; Michael Griggs; Lauren Griggs; and C. Monica Griggs<br><br>Plaintiff(s)<br><br>v.<br><br>Carol Rita Kimberly Griggs, Alias; David Heal, alias, individually and In his capacity as purported Trustee of The Irrevocable Trust Estate of the late Glenn E. Griggs; Deborah Griggs, alias; Dan A. Griggs, alias; Edward L. Gerstein, alias; Richard Bicki, alias; Edward Brayton, alias; the Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; Griggs & Browne Termite Control, Inc.; John Does I through 10; Jane Does 1 through 10; XYZ Corporations, Partnerships, Limited Liability Companies, Trusts and/or Enterprises 1 through 10<br><br>Defendant(s) | C.A. 08-243 ML |

**OBJECTION OF DEFENDANTS THE GRIGGS & BROWNE CO., INC., GRIGGS & BROWNE HOME INSPECTION SERVICE, INC., GRIGGS & BROWNE SERVICES, INC., AND GRIGGS & BROWNE TERMITE CONTROL, INC. TO PLAINTIFF'S EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN**

Defendants, The Griggs & Browne Co., Inc., Griggs & Browne Home Inspection Service, Inc., Griggs & Browne Services, Inc., and Griggs & Browne Termite Control, Inc., hereby object to Plaintiffs' Emergency Motion to Take and Perpetuate Testimony of David J. Aubin. In further support of this Objection, the Griggs and Brown Defendants rely on the accompanying Memorandum of Law.

THE GRIGGS & BROWNE CO., INC.
GRIGGS & BROWNE HOME
INSPECTION SERVICE, INC.
GRIGGS & BROWNE SERVICES, INC.
GRIGGS & BROWNE TERMITE
CONTROL, INC.
By Its Attorneys,

Dated: September 2, 2008

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. (#5069)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Objection of Defendants to Plaintiff's Emergency Motion to Take and Perpetuate Testimony of David J. Aubin*** was filed through the ECF system on the 2nd day of September, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed to the parties who are not registered participants of the ECF system as indicated below.

| | |
|---|---|
| John B. Reilly<br>John Reilly & Associates<br>100 North Main Street, 4th<br>Providence, RI 02903<br>jreilly@lawyers-online.us | Michael J. Lepizzera<br>Lepizzera & Laprocina<br>1170 Metro Center Boulevard, Suite 2001<br>Warwick, RI 02886<br>mlepizzera@lldlawyers.com |
| Anthony M. Traini, Esq.<br>55 Pine Street<br>Providence, RI 02903<br>amt@atrainilaw.com | Edward L. Gerstein, Esq.<br>29 Meeting House Lane<br>Little Compton, RI 02837<br>elg@zomolo.com |
| Richard C. Bicki, Esq.<br>56 Pine Street, Suite 200<br>Providence, RI 02903<br>rbickiesq@aol.comnm | David J. Oliveira, Esq.<br>155 South Main Street, Suite 305<br>Providence, RI 02903<br>doliveira@djolaw.com |
| Melody A. Alger, Esq.<br>Baluch Gianfrancesco Mathiew & Alger<br>155 South Main Street, Suite 101<br>Providence, RI 02903<br>melody.alger@bgmalaw.com | Joseph J. Altieri, Esq.<br>Joseph J. Altieri, Ltd.<br>350 South Main Street<br>Providence, RI 02903<br>JoeAltieri@JJALTD.com |

/s/ Craig M. Scott

*Obj Emergency M Take Testimony of D. Aubin 09-02-08*