UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs; Lauren Griggs; and C. Monica Griggs

Plaintiff(s)

v. C.A. 08-243 ML

Carol Rita Kimberly Griggs, Alias; David Heal, alias, individually and In his capacity as purported Trustee of The Irrevocable Trust Estate of the late Glenn E. Griggs; Deborah Griggs, alias; Dan A. Griggs, alias; Edward L. Gerstein, alias; Richard Bicki, alias; Edward Brayton, alias; the Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; Griggs & Browne Termite Control, Inc.; John Does I through 10; Jane Does 1 through 10; XYZ Corporations, Partnerships, Limited Liability Companies, Trusts and/or Enterprises 1 through 10

Defendant(s)

**OPPOSITION MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS, THE GRIGGS & BROWNE CO., INC., GRIGGS & BROWNE HOME INSPECTION SERVICE, INC., GRIGGS & BROWNE SERVICES, INC., AND GRIGGS & BROWNE TERMITE CONTROL, INC.S' OBJECTION TO PLAINTIFF'S EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN**

Defendants, The Griggs & Browne Co., Inc., Griggs & Browne Home Inspection Service, Inc., Griggs & Browne Services, Inc., and Griggs & Browne Termite Control, Inc., (the "Griggs & Brown Entities") oppose Plaintiffs' Emergency Motion to Take and Perpetuate Testimony of David J. Aubin for the reasons set forth in the Objection of Defendants, Richard Bicki, Esq. and Edward L. Gerstein, Esq.

In addition, Plaintiffs purported purpose to take an early deposition is grounded in the suggestion that it would "result in conservation of resources and minimization of expense and inconvenience." (Plaintiffs' Motion, at p.1) The Griggs & Brown Entities, however, will be filing a Motion to Dismiss pursuant to Rule 12 of the Fed. R. Civ. P., that likely will be dispositive of all claims asserted against these corporate defendants. Accordingly, the taking of a premature deposition of a witness prior to the Court's ruling on these dispositive motions will cause these corporate defendants to incur avoidable expenses and inconvenience. Moreover, in a supplemental filing today, Plaintiffs request that the deposition of this witness critical to their case occur within a few days of September 6, 2008. It would be unduly prejudicial for the Griggs & Browne Entities to prepare for and take a trial deposition on such notice particularly given the allegations set forth in this 83 page Complaint brought under the federal R.I.C.O. statute.

THE GRIGGS & BROWNE CO., INC.
GRIGGS & BROWNE HOME
INSPECTION SERVICE, INC.
GRIGGS & BROWNE SERVICES, INC.
GRIGGS & BROWNE TERMITE
CONTROL, INC.
By Its Attorneys,

Dated: September 2, 2008

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
Stacey P. Nakasian, Esq. (#5069)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Opposition Memorandum of Law in Support of Objection of Defendants to Plaintiff's Emergency Motion to Take and Perpetuate Testimony of David J. Aubin*** was filed through the ECF system on the 2nd day of September, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed to the parties who are not registered participants of the ECF system as indicated below.

| | |
|---|---|
| John B. Reilly<br>John Reilly & Associates<br>100 North Main Street, 4th<br>Providence, RI 02903<br>jreilly@lawyers-online.us | Michael J. Lepizzera<br>Lepizzera & Laprocina<br>1170 Metro Center Boulevard, Suite 2001<br>Warwick, RI 02886<br>mlepizzera@lldlawyers.com |
| Anthony M. Traini, Esq.<br>55 Pine Street<br>Providence, RI 02903<br>amt@atrainilaw.com | Edward L. Gerstein, Esq.<br>29 Meeting House Lane<br>Little Compton, RI 02837<br>elg@zomolo.com |
| Richard C. Bicki, Esq.<br>56 Pine Street, Suite 200<br>Providence, RI 02903<br>rbickiesq@aol.comnm | David J. Oliveira, Esq.<br>155 South Main Street, Suite 305<br>Providence, RI 02903<br>doliveira@djolaw.com |
| Melody A. Alger, Esq.<br>Baluch Gianfrancesco Mathiew & Alger<br>155 South Main Street, Suite 101<br>Providence, RI 02903<br>melody.alger@bgmalaw.com | Joseph J. Altieri, Esq.<br>Joseph J. Altieri, Ltd.<br>350 South Main Street<br>Providence, RI 02903<br>JoeAltieri@JJALTD.com |

/s/ Craig M. Scott

*Obj Emergency M Take Testimony of D. Aubin 09-02-08*