**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Christine Peabody; Michael Griggs; Lauren Griggs; and C. Monica Griggs<br>Plaintiff(s) | ) | |
| v. | ) | C.A. 08-243 ML |
| Carol Rita Kimberly Griggs, Alias; David Heal, alias, individually and In his capacity as purported Trustee of The Irrevocable Trust Estate of the late Glenn E. Griggs; Deborah Griggs, alias; Dan A. Griggs, alias; Edward L. Gerstein, alias; Richard Bicki, alias; Edward Brayton, alias; the Griggs & Browne Co., Incorporated; Griggs & Browne Home Inspection Service, Inc.; Griggs & Browne Services, Inc.; Griggs & Browne Termite Control, Inc.; John Does I through 10; Jane Does 1 through 10; XYZ Corporations, Partnerships, Limited Liability Companies, Trusts and/or Enterprises 1 through 10<br>Defendant(s) | ) | |

**OBJECTION OF DEFENDANT DAVID HEAL TO PLAINTIFFS' EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN**

Defendant David Heal, individually and in his capacity as Trustee ("Heal"), hereby objects to the Plaintiffs' Emergency Motion to Take and Perpetuate Testimony of David J. Aubin. Heal relies upon the attached memorandum of law in support of his objection.

WHEREFORE, for all the foregoing reasons, Heal respectfully requests that the Plaintiffs' Emergency Motion to Take and Perpetuate Testimony of David J. Aubin be denied.

Respectfully submitted,

/s/ Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr. (#4995)
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
mlepizzera@leplap.com
*Counsel for Defendant: David Heal, Individually and In his Capacity as Purported Trustee of the Irrevocable Trust Estate of the Late Glenn E. Griggs*

## CERTIFICATE OF SERVICE

I hereby certify that the within ***Objection of Defendant David Heal to Plaintiffs' Emergency Motion to Take and Perpetuate Testimony of David J. Aubin*** was filed through the ECF system on this 3rd day of September, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed to the parties who are not registered participants of the ECF system as indicated below.

| | |
|---|---|
| John B. Reilly<br>John Reilly & Associates<br>100 North Main Street, 4th Floor<br>Providence, RI 02903<br>jreilly@lawyers-online.us | Anthony M. Traini, Esq. (#4793)<br>56 Pine Street<br>Providence, RI 02903<br>amt@atrainilaw.com |
| Craig M. Scott, Esq.<br>Stacey P. Nakasian, Esq.<br>Duffy, Sweeney & Scott, Ltd.<br>One Turks Head Place, Suite 1200<br>Providence, Rhode Island 02903<br>cscott@duffysweeney.com<br>snakasian@duffysweeney.com | David J. Oliveira, Esq.<br>Law Offices of David J. Oliveira, Esq.<br>155 South Main Street – Suite 305<br>Providence, Rhode Island 02903<br>Email: doliveira@djolaw.com |
| Melody A. Alger, Esq.<br>Baluch, Gianfrancesco, Mathieu & Alger<br>155 South Main Street – Suite 101<br>Providence, Rhode Island 02903<br>Email: melody.alger@bgmalaw.com | Joseph J. Altieri, Esq.<br>Joseph J. Altieri, Ltd.<br>350 South Main Street<br>Providence, Rhode Island 02903<br>Email: joealtieri@jjaltd.com |

| | |
|---|---|
| Richard C. Bicki, Esq.<br>56 Pine Street, Suite 200<br>Providence, Rhode Island 02903<br>rbickiesq@aol.com | Edward L. Gerstein, Esq.<br>29 Meeting House Lane<br>Little Compton, Rhode Island 02837<br>elg@zomolo.com |

__/s/ Michael J. Lepizzera, Jr.______
Michael J. Lepizzera, Jr.