UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs; )
Lauren Griggs; and C. Monica Griggs )
Plaintiff(s) )
)
v. ) C.A. 08-243 ML
)
Carol Rita Kimberly Griggs, Alias; )
David Heal, alias, individually and )
In his capacity as purported Trustee of )
The Irrevocable Trust Estate of the late )
Glenn E. Griggs; Deborah Griggs, alias; )
Dan A. Griggs, alias; Edward L. Gerstein, )
alias; Richard Bicki, alias; Edward Brayton, )
alias; the Griggs & Browne Co., )
Incorporated; Griggs & Browne Home )
Inspection Service, Inc.; Griggs & Browne )
Services, Inc.; Griggs & Browne Termite )
Control, Inc.; John Does I through 10; )
Jane Does 1 through 10; XYZ Corporations, )
Partnerships, Limited Liability Companies, )
Trusts and/or Enterprises 1 through 10 )
Defendant(s) )
)

**SUPPLEMENTAL RESPONSE BY DEFENDANTS EDWARD L. GERSTEIN AND RICHARD BICKI ADOPTING AND JOINING IN RESPONSES OF OTHER DEFENDANTS IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN**

Defendants Edward L. Gerstein ("Gerstein") and Richard Bicki ("Bicki") hereby supplement their Response In Opposition to Plaintiffs' Motion to Take and Preserve Testimony of David J. Aubin by joining in and adopting the Response In Opposition to Plaintiffs' Motion to Take and Preserve Testimony of David J. Aubin filed on behalf of defendant Carol Rita Kimberly Griggs (Document Number 39), and the Response In Opposition to Plaintiffs' Motion to Take and Preserve Testimony of David J. Aubin filed on behalf of defendant David Heal

(Document Number 40) and its Supporting Memorandum (Document Number 41). In support hereof, defendants state that they had no independent opportunity to file a supplemental response in opposition after plaintiffs filed, in contravention of LR Civ 7(b)(2), their so-called "supplemental memorandum" in support of their motion. Defendants therefore adopt and join in the arguments made in the Responses In Opposition filed by defendants Carol Rita Kimberly Griggs and David Heal, which were filed after plaintiffs so-called "supplemental memorandum" was filed.

WHEREFORE, Defendants respectfully again request that Plaintiffs' Emergency Motion To Take And Perpetuate Testimony Of David J. Aubin be denied.

Respectfully submitted,

*/s/ Anthony M. Traini*
Anthony M. Traini, Esq. (#4793)
56 Pine Street
Providence, RI 02903
Tel: (401) 621-4700
Fax: (401) 621-5888
amt@atrainilaw.com
*Counsel for Defendants*
*Edward L. Gerstein and Richard Bicki*

Dated: September 3, 2008

CERTIFICATION OF SERVICE

I, Anthony M. Traini, hereby certify that service of the within pleading was made through the ECF system upon all counsel of record.

*/s/ Anthony M. Traini*