**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**Christine Peabody; Michael Griggs;**
**Lauren Griggs; and C. Monica Griggs**

**Plaintiffs**

**VS.** **C.A. No.: 08-243 ML**

**Carol Rita Kimberly Griggs, Alias;**
**David Heal, Alias, individually and**
**in his capacity as purported Trustee of**
**the Irrevocable Trust estate of the late Glenn E. Griggs;**
**Deborah Griggs, Alias; Dan A. Griggs, Alias;**
**Edward L. Gerstein, Alias; Richard Bicki, Alias;**
**Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;**
**Griggs & Browne Home Inspection Service, Inc.;**
**Griggs & Browne Services, Inc.;**
**Griggs & Browne Termite Control, Inc; John Does 1**
**through 10; Jane Roes 1 through 10; XYZ Corporations,**
**Partnerships, Limited Liability Companies, Trusts and/or**
**Enterprises 1 through 10**

**Defendants**

**STIPULATION**

By agreement of the parties in the above matter, Defendant Dan A. Griggs may have up to and including October 6, 2008 in which to file an answer to the complaint.

/S/John B. Reilly, Esq.
John B. Reilly #1811
100 North Main Street, 4th Floor
Providence, RI 02903
401-272-2800
401-272-2811

/S/Joseph J. Altieri, Esq.
Joseph J. Altieri #2712
350 South Main Street
Providence, RI 02903
401-861-6600
401-861-6602
Joealtieri@jjaltd.com

Dated: 9/4/08