UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christine Peabody; Michael Griggs;
Lauren Griggs; and C. Monica Griggs

Plaintiffs

VS. C.A. No.: 08-243 ML

Carol Rita Kimberly Griggs, Alias;
David Heal, Alias, individually and
in his capacity as purported Trustee of
the Irrevocable Trust estate of the late Glenn E. Griggs;
Deborah Griggs, Alias; Dan A. Griggs, Alias;
Edward L. Gerstein, Alias; Richard Bicki, Alias;
Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;
Griggs & Browne Home Inspection Service, Inc.;
Griggs & Browne Services, Inc.;
Griggs & Browne Termite Control, Inc; John Does l
through 10; Jane Roes 1 through 10; XYZ Corporations,
Partnerships, Limited Liability Companies, Trusts and/or
Enterprises 1 through 10

Defendants

**ENTRY OF APPEARANCE**

In the above-entitled matter, it may be entered that Paul R. Crowell, Esq., hereby enters his appearance on behalf of the plaintiffs, Christine Peabody, Michael Griggs, Lauren Griggs, and C. Monica Griggs. John B. Reilly, Esq., continues his appearance on behalf of all plaintiffs.

____/s/ Paul R. Crowell__________
Paul R. Crowell, Esq. (#6904)
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
tel.: (401) 272-2800
fax: (401) 272-2811

## CERTIFICATION

I hereby certify that on the 4th day of September, 2008, a true copy of the within document has been filed through the ECF system and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF).

Stacey P. Nakasian, Esq.
Duffy, Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
snakasian@duffysweeney.com

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina Counsellors at Law, Ltd.
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
mlepizzera@lldlawyers.com

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903
amt@atrainilaw.com

Richard C. Bicki, Esq.
56 Pine Street, Suite 200
Providence, RI 02903
rbickiesq@aol.com

Edward L. Gerstein, Esq.
29 Meeting House Lane
Little Compton, RI 02837
elg@zomolo.com

Melody A. Alger
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
melody.alger@bgmalaw.com

Joseph J. Altieri
Joseph J. Altieri, Ltd.
350 South Main Street
Providence, RI 02903
JoeAltieri@JJALTD.com

David Jesse Oliveira
David Oliveira, Esq.
155 South Main Street
Suite 305
Providence, RI 02903
doliveira@djolaw.com

Craig M. Scott
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903
cscott@duffysweeney.com

____/s/ Paul R. Crowell__________