# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

**Christine Peabody; Michael Griggs;**
**Lauren Griggs; and C. Monica Griggs**

**Plaintiffs**

**VS.** **C.A. No.: 08-243 ML**

**Carol Rita Kimberly Griggs, Alias;**
**David Heal, Alias, individually and**
**in his capacity as purported Trustee of**
**the Irrevocable Trust estate of the late Glenn E. Griggs;**
**Deborah Griggs, Alias; Dan A. Griggs, Alias;**
**Edward L. Gerstein, Alias; Richard Bicki, Alias;**
**Edward Brayton, Alias; the Griggs & Browne Co, Incorporated;**
**Griggs & Browne Home Inspection Service, Inc.;**
**Griggs & Browne Services, Inc.;**
**Griggs & Browne Termite Control, Inc; John Does 1**
**through 10; Jane Roes 1 through 10; XYZ Corporations,**
**Partnerships, Limited Liability Companies, Trusts and/or**
**Enterprises 1 through 10**

**Defendants**

## OBJECTION OF DEFENDANT DAN A. GRIGGS TO PLAINTIFF'S EMERGENCY MOTION TO TAKE AND PERPETUATE TESTIMONY OF DAVID J. AUBIN

Defendant Dan A. Griggs, hereby objects to the Plaintiffs' Emergency Motion to Take and Perpetuate Testimony of David J. Aubin. Defendant Dan A. Griggs incorporates all arguments made on behalf of the other named defendants, including but not limited to the fact that counsel has just become involved in this case and is unfamiliar with all aspects of it.

WHEREFORE, for all the foregoing reasons, Defendant Dan A. Griggs respectfully requests that the Plaintiffs' Emergency Motion to Take and Perpetuate Testimony of David J. Aubin be denied.

Respectfully submitted,

/s/ Joseph J. Altieri, Esq.
Joseph J. Altieri #2712
350 South Main Street
Providence, RI 02903
401-861-6600
401-861-6602
Joealtieri@JJALTD.com

**Certification**

I hereby certify that on the 5th day of September, 2008, a copy of this Request was served upon all counsel of record via the ECF system.

/s/ Joseph J. Altieri, Esq.
Joseph J. Altieri #2712
350 South Main Street
Providence, RI 02903
401-861-6600
401-861-6602
Joealtieri@JJALTD.com