**AFFIDAVIT OF DAVID J. AUBIN, JR.**

The undersigned being duly sworn, upon oath, deposes and says that:

1. I have personal knowledge of the matters and facts contained in this affidavit. I provided most of this information to attorney John Reilly in a telephone conversation in January, 2008. I provided additional details to him in September 2008.

2. At about the same time that Glenn Griggs' father initially brought Glenn into the first Griggs & Browne business, sometime during the 1960s, I , David J. Aubin, Jr. (dob 11/13/1927) was also hired to work at the company.

3. I became a manager of the first Griggs & Browne Company and had a lengthy, uninterrupted career with the first company of approximately forty-four (44) years' duration, retiring in December 1987.

4. Pursuant to a written agreement of December 30, 1985, between Griggs & Browne and myself, Griggs & Browne company promised that it would continue to pay my health insurance, a lifetime gas allowance, the company car I was then using, and pay for my life insurance policy until I attained the age of sixty-five (65) years.

5. I continued to provide consulting services to Glenn and the Griggs & Browne companies until approximately 1999.

6. Glenn was a close friend of mine and I was familiar with his physical and mental condition. (For years, including the 1980s and some of the 1990s, I undertook yearly golfing sojourns with Glenn and others, even while living in Florida).

7. I observed that each year during the 1990s Glenn's memory became worse. For example, while I was visiting Glenn on Post Road in Warwick (near the railroad tracks) Glenn showed me a Will he said he had just made but was not going to sign because it contained the words "this is my <u>last</u> Will and Testament." This was in the late 1990's. I felt this was indicative that Mr. Griggs' understanding was substantially deteriorated, since he was a businessman who previously would understand something so simple as the meaning of the phrase "last Will," but he no longer could.

8. While Glenn's divorce from Carol was pending (which would have been in 1996 or early 1997), I had a lunch with Glenn and Carol wherein Glenn stated that "I married her, but she never said she loved me." Carol responded that "I told you once." When Glenn asked "When?," Carol could not respond.

9. After Glenn's divorce from Carol Griggs, I met Glenn on a Friday for lunch or dinner in East Greenwich and convinced Glenn to go on another golfing trip, which he seemed very happy about.

10. Matthew Tierney, a Griggs & Browne employee, accompanied Glenn to the luncheon. My impression, based upon Tierney's conduct, was that Tierney was acting as some sort of "bodyguard." A company underling had never accompanied Glenn to previous meetings of this social type, and Glenn had no reason himself to have Tierney there.

11. At the end of the meal the check arrived and I observed that Glenn's mental abilities had deteriorated so badly that he could not remember things we had done together in the past, he could not add or calculate the tip and had to ask Tierney to take care of the "tab."

12. The New Hampshire trip was scheduled to depart on the following Monday morning, but when I arrived in Rhode Island, Edward Brayton (another Griggs & Browne employee) met me and advised Aubin that Glenn could not go. When I asked why, Brayton told me that I "did not need to know that stuff."

13. I wanted to speak to Glenn about the cancellation since I was surprised, so I went to his office. Glenn was not there. I was disgusted by the fact that I was not being allowed to talk to my old friend and that he seemed to be under Carol Griggs' control, that I removed my picture from the company's "wall of fame."

14. By a letter dated April 20, 1999, I was told by "Claudette" (a bookkeeper at Griggs & Browne) that Michael Griggs was "no longer here" (with the businesses), that "Carol and Glenn" asked her to revoke my telephone bill payments, and that "Carol and Glenn" had "appointed David Heal to replace Michael."

15. On May 14, 1999, "Claudette" sent another letter to me claiming that Glenn wanted to have my health premiums and gas credit card payments stopped immediately. She told me that if had any questions I was to "call Glenn or Carol."

16. In response, I called Glenn, but Glenn denied any knowledge this had happened. The next time I called, I got Carol who said that's what Glenn wants. It was obvious that Carol was calling the shots. Nevertheless, I had a contract and told Carol this. She asked for a copy and so I sent a copy of the December 30, 1985 agreement to the Griggs & Browne business offices so that they would honor the promises.

17. It was/is my understanding, from talking and meeting with Glenn that, during the late 1990s, he had trouble understanding and remembering things. We use to meet during the year to go over company financial documents, but by the late 1990s he could no longer understand the documents. I also became aware that he was no longer in control of the Griggs & Browne business, but that there were managers in place and that Carol was making many decisions, sometimes saying that they were Glenn's decision.

18. It was/is my understanding that Glenn was easily manipulated and controlled by Carol. For example, she would sometimes attribute things to him, even he did not know about them. (See paragraph 15, above). Other times, he would seem to do things because Carol told him to, even though it was clear he did not want to.

19. I was not contacted by Carol Griggs, Edward Gerstein, or anyone else with respect to the preparation of a medical affidavit Carlo Brogna, which I have learned was used to contest a guardianship petition filed by his daughters.

20. It was and is my impression, based upon knowledge of Glenn and his family, that his daughters Christine Peabody, Michael Griggs, Lauren Griggs, and C. Monica Griggs, and his son, Michael Griggs, loved Glenn and that they enjoyed a good relationship with him (at least until his marriage to Carol Griggs).

Subscribed and sworn upon the pains and penalties of perjury, in the Commonwealth of Massachusetts, this 7 day of Sept, 2008.

[signature]
David J. Aubin, Jr.