STATE OF RHODE ISLAND
COUNTY OF KENT

WARWICK PROBATE COURT
DOCKET NO. 2003-249

IN RE: ESTATE OF GLENN E. GRIGGS

Now comes your affiant, who upon oath deposes and states as follows:

1. My name is David F. Laliberte and I am 48 years of age and of sound mind.

2. I reside at 207 Robin Hollow Road, West Greenwich, Rhode Island and have resided at that address for approximately 11 years.

3. I have personal knowledge of the facts alleged in this affidavit.

4. I know Glenn E. Griggs and have known him for a period in excess of approximately seven years.

5. I became acquainted with Glenn Griggs when I began dating his daughter Deborah Griggs (Debbie).

6. Glenn Griggs resided in my home in West Greenwich from approximately October of 2002 through March of 2003.

7. I started to notice a significant decline in Glenn Griggs' mental abilities and ability to take care of himself in the last few years. In or around December 2000, I obtained tickets to a Patriots game and invited Glenn to accompany me. I arranged to pick him up at his house on Nausauket Road in Warwick Rhode Island. When I arrived there, Glenn invited me in insisting that I look at his Christmas tree. When I went in the house I observed the gas stove in the kitchen with the two back burners burning in full flame on the high setting. There was nothing on the stove and there were no pans visible. I said to Glenn, "You're stove is on" and he didn't really appear to show any concern or awareness. Instead he insisted on me looking at the Christmas tree. I turned off the burners and after that we locked up the house and went to the game.

8. In or around June of 2001 I obtained tickets to a Red Sox game that enabled us to have access to the executive suite at Fenway Park. They had just started bringing out the food when chips and dip were brought out. There were no plates or utensils out yet and Glenn walked up to the dip

bowl and proceeded to dip his entire hand into the bowl and scoop out a handful of dip and helped himself to some chips. Then he went over to his seat, sat down and ate it out of his hands. He was unaware that what he was doing was improper, despite the fact that he was surrounded by CEO's and vice presidents and different managers of corporations. We (Debbie and I) cleaned him up and then had to help him get his food for the rest of the day to save him from further embarrassment.

9. Glenn was scheduled to come over my house, (where his daughter Deborah also resided) for Easter dinner, in 2002. Glenn was supposed to arrive at 2:00 p.m. and he didn't arrive. At 3:30 we called his house to see where he was and there was no answer. At 4:30 I went to Glen's house to see if everything was alright. When I arrived there was no sign of Glenn. The house was unlocked and in total disarray with clothes thrown all over the floor, dirty dishes in the sink and newspapers all over the couch. Shortly after that I called Debbie and informed her that Glenn was not there. I decided to call the Warwick police to report that Glenn was missing. An officer showed up at his house and she was informed that we were concerned about his well being because of his medical condition and his mental state. The officer said they couldn't file a missing persons report because he was not gone for 24 hours. The officer looked around for signs of foul play, took down his car registration number and a description of the vehicle and then left. She returned shortly thereafter following Glenn driving his vehicle. I asked Glenn where he had been and he admitted that he had been unable to find my house despite the fact that he had been over to it numerous times over the previous years and even in weeks before that. I then drove him with me to my house and while there, he admitted he got lost while trying to find the house.

10. When Glenn lived at my house Carol (Glenn's third ex-wife) came over to my house and made Glenn practice writing his signature. Carol said that she couldn't believe he, meaning Glenn, had forgotten how to write his name. She stood over him at the kitchen table, signed his name on a piece of paper and told him to practice signing his name.

11. On many occasions, Carol would show up at my house unannounced, walk in like she owned the place and take Glenn with her. There would be no questions asked, Glenn would be told to come with her and he would go with her.

12. Carol would just tell him come on we're going. She definitely appeared to have control over Glenn and he didn't seem to be able to object to her demands and did whatever she said when she said it.

13. I came downstairs in my house one morning and both doors were wide open. It was freezing out with snow and ice on the ground and Glenn was

standing on the back deck with just a t-shirt on urinating onto the stairs on the side. I confronted him and asked why he didn't use the bathroom off of the kitchen or the one by his bedroom upstairs and he appeared confused and did not remember that we had any bathrooms.

14. On many occasions, I would get up in the morning and would make a pot of coffee and I would try to get Glenn to try to help himself. Glenn would stand there looking confused not knowing what to do to prepare a cup of coffee. On many occasions, Glenn would take the sugar bowl, pour coffee in it, stir it and sit at the table and drink it. On other several occasions, I would get up and find it freezing in the house because the doors were wide open. Glenn would have his clothes spread out on the porch and have his clothing on hangers hanging in the bushes or the tree out front. When asked why the doors were open and his clothes outside, Glenn would appear confused, mutter and just say "yeah, yeah, yeah." We would put the clothes back in his room for him. On many occasions, he would be inappropriately dressed in partial clothing. He would even come through the house when we had company over, dressed in only a tee shirt. On another occasion he sat in the house with feces in his pants and didn't seem to be aware of it despite the fact that the smell was overwhelming. He would also wet his bed on occasion. In my opinion, I came to the conclusion that his mental state had declined dramatically since first meeting him.

15. Glen would also drive up the grass hill and park his car right outside the front door on my front lawn for no reason and it was clearly not a place where you would park.

16. Glenn would also put out his lit cigars in the drawers of the bureau in his room.

17. Glenn would have to be told to take showers and would need assistance in bathing and every aspect of his life. Debbie would physically have to give him a bath.

18. At one point, I attended a meeting with Debbie and her lawyer, and Glenn and his lawyer in Providence at the office of Richard Bicki. We had gone to the meeting to discuss getting assistance to help Debbie care for Glenn and to discuss putting an addition on the house so that Glenn could have his own space so he could stay with us in his declining years. At that meeting, Glenn's lawyer refused to discuss the topics in front of Glenn. Glenn had come with us and his lawyer apparently had no idea that Glenn would be there. I stated to him, "Glenn is your client, why can't he be in the room?" The lawyers insisted I leave the room with Glenn and he and I sat outside the conference room while the lawyers spoke with Debbie. I

could hear yelling coming from the room. Debbie came out visibly upset about one-half and hour later.

19. For the entire time that Glenn was living with me, Glen was incapable of cutting his food. He would attempt to eat a steak, mashed potatoes or anything else that was on his plate with his bare hands unless you cut it up for him or placed a fork of spoon in his hands. Even then, he would attempt to use eating utensils inappropriately.

20. Before Glenn came to live at my house, I observed Carol stating to Glenn at his house in Warwick on multiple occasions, to not let any of his children or ex-wives, except Danny Griggs or Debbie into the house. She also ordered Glenn repeatedly not to talk to any of his children except Danny or Debbie and ordered him to hang up the phone if Courtney, Lauren, Nancy, Pat or Christine called.

21. On one occasion prior to Glenn coming to live at my house, Debbie and I stopped by to visit with Glenn at his house. He appeared to be visibly upset. He had a problem using his words but I managed to get out of him what was upsetting him. Glenn informed me that his daughter Lauren had come over the other night and he had let her in. Glenn let me know that Carol was mad at him for letting Lauren in to see him. I stated to him "Glenn, it's your daughter" Glenn responded with his fists clenched and appeared upset saying"I know, I know." It appeared to me that Glenn was upset over the fact that Carol was upset about letting Lauren in to see him but was unable to do anything about it.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF JULY, 2004

[signature]
David F. Laliberte

State of Rhode Island
County of Providence

Signed and sworn to before me this 26th day of July, 2004.

[signature]
Notary Public
My Commission expires:

STEPHEN J. ANGELL
Notary Public of Rhode Island
My Commission Expires 9/15/06

8 P...