STATEMENT OF SALLY A. MELLO

I, Sally A. Mello, of 255 Roger Williams Avenue, Rumford (East Providence), R.I. 02916, make this statement (typed on 6 pages) this 12th day of January, 2008.

On Saturday, January 5, 2008, I met with Attorney John Reilly and gave the following information in connection with what he told me was an ongoing investigation on behalf of members of the Griggs family and understood that he would be having the information typed for me to review. Mr. Reilly has told me that he would appreciate any corrections or additional thoughts I may have upon reading this summary.

I have more than twenty-five (25) years of experience as a Licensed Practical Nurse ("LPN") with a record that was perfect until I was falsely accused of taking medication a few years ago. That ultimately led to a license suspension followed by a probation (which is still in effect).

From June-December, 2006, I worked at the West Shore Health Center in Warwick and there was another false accusation by someone at that facility. I have been notified that the Nursing Board wants me to meet with me about this at my request.

Due to the probationary status of my license, I needed to try to supplement my income and placed an ad in the Providence Journal looking for work as a companion/homemaker. I was contacted and hired by Carol Griggs to be a companion/homemaker for Glenn Griggs. Others had already hired to work for Mr. Griggs, including a Lori Myers and someone named Lisa, who came from the Olneyville area. I believe that Lori Myers became quite "close" to Carol Griggs. Lisa left her employment about one and a half years ago. After that I suggested that my sisters (Sheree, Sylvia and Lorrie) join me in this companion/homemaker work with Mr. Griggs and they did so. Lorrie did mostly grocery shopping. None of the others had any type of health care license and we all did the same job or work.

At the beginning I was paid in cash. Later, I was paid from a checking account in Mr. Griggs' name and my pay was directly deposited into my account. There were various 24 hour shifts worked by the different employees.

1/12/08
SM

1/12/08
AP.

I was very fond of Mr. Griggs. When I first started working with him he was combatitive. Carol Griggs told me she retired from Griggs & Browne in about September, 2006 (I am not certain of the exact time). Before she retired she frequently visited Mr. Griggs but after she retired her visits were less frequent. After she stopped coming so frequently, Mr. Griggs seemed to have less agitated states.

There was a television in line with the foot of Mr. Griggs' bed. There was a device on top of the entertainment center in which the television was located which did not look like a camera. When I asked Carol Griggs about this, she told me it was an "air filter" or "air purifier". There was a visible television camera to the side, on a different wall above the sliding glass door that was pointed toward (a side view of) Mr. Griggs' bed and recliner (the area in which Mr. Griggs spent his time). I do not remember giving any written or verbal consent to be watched by anyone over these cameras.

The companion/homemakers had a separate bedroom with a television monitor that could give a view of Mr. Griggs. I thought that the camera over the sliding glass door which would give a side view was the only camera, but the monitor in the second bedroom gave a view as if the camera was at the foot of Mr. Griggs' bed (in other words, as if it was being taken from the television area). I went to the "air filter" on top of the entertainment center and saw a red light with a camera lens looking back at me and the light was lit.

When Carol Griggs visited Glenn Griggs he seemed genuinely happy to see her. She usually wore low-cut, revealing blouses and I saw her bend over him and essentially put her "boobs in his face" more than once. It was and is my personal opinion that she had great influence over him. For example, he would watch her every move. Sometimes he would not eat when I tried to feed him but Carol Griggs would easily be able to feed him.

I believe Carol Griggs is quite clever. After I had been working for about a year, Carol began saying that I seemed to know much more about healthcare than the other girls did. So I felt obligated to be honest with her and told her that I was an LPN and about my recent problems with the Nursing Board and that this is why I could only help as a companion/homemaker.

I witnessed how Carol Griggs mistreated other employees (such as Lisa and Anna Merolla) that had left. I am fearful that due to her nature, Carol will call the Board of Licensing and falsely accuse me of acting as an LPN when, in fact, I never did so. Medication was set up and nursing was provided throughout this time by licensed persons, not me. These persons included Verna McMahon, RN, of Health Touch as well as T.L.C. and the Visiting Nurses Association of Rhode Island. More recently, Hospice has been involved. Some of the changes in the skilled nursing providers were apparently due to changes in Mr. Griggs' insurance coverage. At all times there was a registered nurse that came on a regular basis to provide the necessary nursing care for Mr. Griggs.

1/12/08
SM

1/12/08
AD

Page Three
January 12, 2008
Sally Mello

Carol Griggs repeatedly told me that most of Mr. Griggs' children and his two other ex-wives were "evil and greedy" amongst other things. She never once said anything nice about any one of them. She told me that Mr. Griggs hated his children Chrissy and Mike and that he didn't like the others because he knew they just used him for his money. Carol told me that all of his ex wives and children (except Dan) had restraining orders against them and that I was not to allow any of them (except Dan) into the house except the two youngest daughters were allowed to visit their father with an appointment made through Attorney Michael St. Pierre. For a while, Lori Myers was usually the caregiver who was present during times when visitation did take place. Carol would not let visits take place unless Lori Myers was on duty and told me so. After these visits, Lori would tell me that the visits took place and say things like "oh they came in with the stilettos and walked by me like I was dirt". Lori never told me that Glenn was "agitated" by the visits. On mornings after the visits when I came to work, Glenn was in his usual behavior.

Lori left on maternity leave and was unable to continue supervising the visits by Lauren and Courtney, so I supervised a very uneventful visit from Lauren and Courtney. It was obvious to me that they loved their father and that he seemed very happy to see them. After the visit, Carol Griggs asked if he was agitated by the visit. I said, "no", he was really happy to see them. She said that he "must have been agitated and combative" but I told her it was not true. She told me she would tell the lawyer that after his daughters visits Glenn would become agitated and combative and strike the companions/homemakers. When I disagreed with Carol and thought that the family visit was wonderful for Glenn, from that point forward, Carol Griggs' attitude toward me changed and became negative and I began to fear her.

It is my understanding that Lori complied with Carol's wishes and told Mr. St. Pierre's office that the visits from Glenn's daughters that she supervised "agitated" Mr. Griggs. I heard Carol say that passing this false information along to Mr. St. Pierre "will keep them away for another several months".

In September, 2007, I encountered Attorney Edward Gerstein at the Rhode Island Hospital when Mr. Griggs was taken there on an emergency basis. I told Mr. Gerstein about my some of my observations of these visits between Mr. Griggs and his two youngest daughters. Mr. Gerstein didn't seem to me to respond one way or the other. I also discussed the visits with Attorney St. Pierre's secretary, Susan when she called to ask how the visit went. I would always tell her that the visits went very good.

1/12/08
SM

1/12/08

After Glenn's September, 2007 hospitalization I was told by Attorney St. Pierre that all of his children were allowed to visit him but appointments had to be made through his office. In about November, Mr. St. Pierre told he that the children could visit without making appointments through his office as long as it did not interfere with Mr. Griggs' care. During this time there were visits by Michael Griggs and there were no problems between him and his father. I remember Mr. Griggs shaking Michael's hand and attempting to converse with Michael.

During the time that I was Mr. Griggs' companion/homemaker there were times when he did not seem to be alert but other times at which he did. I also remember asking Mr. Griggs whether I could have a pay raise to which he replied "yes" and then whether I could have a pension to which he responded "no".

During the time that I was employed for Mr. Griggs, Carol showed me a sheet of paper with 2" by 2" photographs of Michael, Christine, Debbie, Lauren and Courtney. She said that if any of these showed up I was not to allow them in the house. She told me to fear his children and keep the electric fence locked at all times so they could not get into the house. I also saw wiring from the video camera that was on the wall over the sliding glass door that went all the way into the second bedroom. . I learned that Carol Griggs allegedly "cleaned up" the house while Mr. Griggs was in the hospital in about September, 2007. The "clean-up" that I saw was that the cabling was disconnected from the camera and the sheet with photographs had disappeared in its place in the drawer in the second bedroom.

Approximately a year ago, the companions/housekeepers were asked to complete daily activity logs as to Mr. Griggs' condition, how he was doing from time to time, who visited him, and other things of that type. I do not have the originals. The original log books were taken by Carol Griggs.

Dan Griggs visited frequently and David Heal also visited Mr. Griggs during the time that I employed. In December, 2007, I took a vacation and when I returned I was told by my sister Sylvia that Carol told her that David Heal wanted to take one of my nights away from me and give it to Sylvia and that David Heal was going to fire me if I didn't do a better job taking care of Mr. Griggs. I confronted Mr. Heal and he told me that none of these statements by Carol to my sister were true. He told me he would confront Carol the following day. I told Mr. Heal that Carol had commented that his (Heal's) wife was "big, fat and ugly" and eventually Mr. Heal told my sisters that Carol Griggs had lied about my hours and my getting to be fired. He further instructed my sister, Sheree, not to repeat anything that went on in the house with Glenn's children to Carol.

1/12/08
SM

1/12/08

Carol told me that in Glenn's Last Will that Debbie and Danny were going to get the company. Carol said that Glenn hated Chrissy and Michael and that the two younger girls had all gotten $100,000.00 educations and didn't need his money.

At about the time of and before Mr. Griggs' September 2007 hospitalization, his primary care physician was Armand Nanda MD whom Mr. Griggs had apparently met while at the Oak Hill Nursing Home in Pawtucket. Dr. Nanda wanted instructions concerning the use of G tubes, etc. and Carol supposedly had the power to sign documents. Dr. Nanda had repeatedly asked Carol to sign one way or the other for about a year. However, Carol refused to sign and in September, 2007 gave up health care power of attorney. She told me she would not sign because Glenn's children would sue her whichever way she signed.

I also recall an ambulance trip to see Dr. Brogna. Carol made me stay in the ambulance during the visit. After Glen got back in the ambulance I saw a slip in which Dr. Brogna concluded that Glenn's diagnosis of having Parkinson's disease was inaccurate so that his medication for that should be discontinued. Dr. Brogna further stated that Glenn was in the end stage of Pick's Syndrome. After Mr. Griggs was weaned off the Parkinson's medication he seemed to have had some involuntary physical spasms and fell and hurt himself. In about May of 2007 he was taken to the Kent County Hospital where he was diagnosed with fractures of the neck and leg. He was transferred to the Rhode Island Hospital where further diagnostic studies of his neck revealed a tumor that turned out to be cancerous. Carol blamed me for allowing Glen to fall and this was totally false.

I also remember Carol bragging that someone in a boat outside the house in the water was able to tell me what kind of clothes that I was wearing. And other times Carol seemed to know exactly what was taking place inside the house despite not being present. I never agreed to be spied upon while I was in the house.

At another point, Carol told me that "everyone" would have been in Glen's Will if they had not "gone with Pat". Danny told me that everything would have been fine if Chrissy and Lauren hadn't taken their father. She also came to the house and bragged that she got the insurance policy away from Pat. She also told me that she had "made up" with her mother and that a couple of days later she had taken her mother to change her mother's Will. Carol also claimed that she took her mother to file an elderly affairs complaint against her two brothers for "taking $475,000.00".

1/12/08
SM

1/12/08
AP

Carol also showed me a letter that Patricia wrote to Carol's mother that was uncomplimentary of Glenn and Carol. Carol also told me that Michael Griggs stole one million dollars from the business. She did not show me any evidence of that. She also told me that Michael had tried to strangle her and that Mr. Griggs had broken this up inside one of the offices at the company.

Following Mr. Griggs' September 2007 hospitalization, visitation rights changed and Carol came less frequently and did not come at all when I was there. On or about December 9, 2007 David Heal told me that Carol said she was "done with the Griggs family" after this, I do not think that she ever visited again. Mr. Griggs died December 27,m 2007, his wake was the 30th and his funeral was the 31st. Carol was not at Mr. Griggs' wake or at his funeral. Carol had told me that Glenn wanted her to have the house at 500 Nausauket Road, Warwick at which we were employed after he died. David Heal told me Carol was upset about missing items from the house. I told him that I took the coffee pot because I purchased it. This was my own coffee pot and Carol has no right to the pot.

Finally, Danny told me that he was going to ask Carol where his father's gold Rolex watch was and I have been told since that Dan Griggs asked Carol about this and that Carol supposedly said that one of the caregivers "stole it" a long time ago. I was also told that Dan has asked whether there was a police report. I have no idea whether an insurance claim was ever submitted for a lost or missing Rolex watch. I never saw a Rolex watch when I was employed.

I have read and signed all pages of this statement and have received a copy. I have not been promised anything of value for sharing this information and have done so of your own free will.

Date: 1/12/08

Sally A. Mello (signature)
Sally A. Mello

Witness: Natalya Philibert 1/12/08